**ECKERT SEAMANS CHERIN & MELLOTT, LLC**
Jason S. Feinstein, Esq., Attorney ID# 038941994
Ian Oakley, Esq., Attorney ID# 211332016
*Physical Address:* 2000 Lenox Drive, Suite 203, Lawrenceville, NJ 08648
*Mailing Address:* P.O. Box 5404, Princeton, NJ 08543
Telephone:  (609) 392-2100
Facsimile:   (609) 392-7956
*Attorneys for Defendants, Lawrence Township and Police Officer Joseph Radlinsky*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GEORGIA THOMPSON-EL, | Civil Action No.: 3:19-cv-14253-BRM-TJB |
| Plaintiff, | |
| v. | Civil Action |
| GREEN BROOK TOWNSHIP, a municipal corporation of New Jersey, POLICE OFFICER ANTHONY PEPE, LAWRENCE TOWNSHIP, a municipal corporation of New Jersey, POLICE OFFICER JOSEPH RADLINSKY and John Does 1-99, | **NOTICE OF APPEARANCE OF IAN OAKLEY, ESQ.** |
| Defendants. | |

**TO:**   Clerk, United States District Court – District of New Jersey

**PLEASE TAKE NOTICE** that the undersigned hereby enters an appearance on behalf of defendants, Lawrence Township and Police Officer Joseph Radlinksy, and requests that service of all pleadings, papers, and other filings in this case be directed to: ioakley@eckertseamans.com.

        **ECKERT SEAMANS CHERIN & MELLOTT, LLC**
        *Attorneys for Plaintiff, Angel Hernandez*


        By:_____/s/ Ian Oakley_____
            Ian Oakley

Dated:  September 23, 2019

## **CERTIFICATE OF FILING AND SERVICE**

  I, Ian Oakley, hereby certify that on this 23rd day of September, 2019, I served a true and correct copy of the foregoing electronically via ECF and email upon all counsel of record.

              By: /s/ Ian Oakley
                  Ian Oakley

Dated: September 23, 2019