Attorney ID #:024221986 ~ Our File No.: 911388 / RJG:eas

**DIFRANCESCO, BATEMAN, KUNZMAN,
DAVIS, LEHRER & FLAUM, P.C.**
15 Mountain Boulevard
Warren, NJ 07059-5686
(908) 757-7800
Attorneys for Defendants, Green Brook Township and Police Officer Anthony Pepe

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GEORGIA THOMPSON-EL,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN BROOK TOWNSHIP, a municipal corporation of New Jersey, Police Officer ANTHONY PEPE, LAWRENCE TOWNSHIP, a municipal corporation of New Jersey, Police Officer JOSEPH RADLINSKY and John Does 1-99,<br><br>    Defendants. | Civil Action No.: 3:19-cv-14253<br><br><br><br><br><br>**NOTICE OF MOTION TO DISMISS COMPLAINT WITH PREJUDICE PURSUANT TO FED. R. CIV. PROC. 12(b)(6) (RETURN DATE MARCH 21, 2022)** |

TO:   John R. Lanza, Esq.
      Lanza & Lanza, LLC
      5 Main Street
      P.O. Box 2520
      Flemington, NJ 08822
      *Attorneys for Plaintiff*

      Jason S. Feinstein, Esq.
      Eckert, Seamans, Cherin & Mellott, LLC
      200 Lenox Drive, Suite 203
      Lawrenceville, NJ 08648
      *Attorneys for Defendants, Township of Lawrence and Joseph Radlinsky*

COUNSEL:

**PLEASE TAKE NOTICE** that on Monday, , the undersigned, DiFrancesco, Bateman, Coley, Yospin, Kunzman, Davis, Lehrer & Flaum, attorneys for Defendants, Green Brook Township and Police Officer Anthony Pepe (Richard J. Guss, Esq., appearing), shall move this Court before the Honorable Tonianne J. Bongiovanni, U.S.M.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building and U.S. Courthouse, Trenton, New Jersey, for an Order dismissing Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. Proc. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, counsel will rely upon the within Brief of Defendants, Green Brook Township and Police Officer Anthony Pepe's Motion to Dismiss Complaint Pursuant to Fed. R. Civ. Proc. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that it is respectfully requested that this Court issue a decision on the papers submitted.

          DIFRANCESCO, BATEMAN, KUNZMAN,
          DAVIS, LEHRER & FLAUM, P.C.
          Attorneys for Defendants, Green Brook Township and
          Police Officer Anthony Pepe

          By: _____
               Richard J. Guss, Esq.

Dated: February 24, 2022