# EXHIBIT A

# GREEN BROOK POLICE
*GREEN BROOK, NJ*

## CAD Incident Report #17079154

### Incident Information

| CAD # | Incident Date | Call Taker |
|---|---|---|
| 17079154 | 04/08/2017 19:29:04 | rsche |
| **Incident Type** | **Description** | **Priority** |
| 712 THEFT REPORT | | 3 |
| **Ems Level** | **Alarm Level** | **Modified By** | **Modified Date** |
| | | rsche | 04/08/2017 19:31:10 |

### Event Information

| Municipality | Business Name |
|---|---|
| 9 GREEN BROOK TWP | BONEFISH GRILL |
| **Fire Box** | **RA** |
| 901 | 901 |

| Correct Location | | | |
|---|---|---|---|
| BONEFISH GRILL / 215 U S HWY NO 22 HWY | | | |
| **Street #** | **Street Name** | **Apartment #** | **Cross Street** |
| 215 | U S HWY NO 22 HWY | | |
| **Near** | **Landmarks** | | **Additional** |
| ? TO U S HWY NO 22 RAMP | | | |

### Reporting Person

| RP Name | RP Phone | How Received |
|---|---|---|
| BRIAN | 732-926-8060 | |
| **RP Address** | **Closed By** | **Date Closed** |
| MANAGER | jhosgood | 04/08/2017 20:17:03 |

## Incidents

| Agency Name | Incident Number |
|---|---|
| GBP-PD | 17079154 |

## Incident Types

| Dispatch Class | Incident Type |
|---|---|
| AMBULANCE | |
| FIRE/RESCUE | |
| POLICE | THEFT REPORT |

# Note(s)

| Note Type | Entered By | User ID |
|---|---|---|
| CALL-TKR | 04/08/2017 19:29:59 | rsche |
| Narrative Description | | |
| CALL FROM MANAGER REPORTING B/M AND B/F STOLE ANOTHER FEMALE PATRONS PURSE | | |
| Note Type | Entered By | User ID |
| CALL-TKR | 04/08/2017 19:29:59 | rsche |
| Narrative Description | | |
| Added by Update-and-Continue: More information to follow. | | |
| Note Type | Entered By | User ID |
| CALL-TKR | 04/08/2017 19:30:33 | rsche |
| Narrative Description | | |
| THEY LEFT ON FOOT / UNKNOWN DIRECTION / UNKNOWN DESCRIPTION | | |
| Note Type | Entered By | User ID |
| CALL-TKR | 04/08/2017 19:31:10 | rsche |
| Narrative Description | | |
| POSSIBLY LEFT IN A BLACK SEDAN / NJ A31ELB | | |
| Note Type | Entered By | User ID |
| INFO | 04/08/2017 19:32:36 | rsche |
| Narrative Description | | |
| POSSIBLY ALSO A SILVER ALTIMA / NJ WLZ70S | | |
| Note Type | Entered By | User ID |
| INFO | 04/08/2017 19:33:54 | rsche |
| Narrative Description | | |
| MAMAGER WILL MEET PD AT FRONT DOOR WITH FEMALE THAT HAD PURSE STOLEN | | |
| Note Type | Entered By | User ID |
| INFO | 04/08/2017 19:37:53 | jhosgood |
| Narrative Description | | |
| subjects attempted to make a purchase at target (unknown location) per victim | | |
| Note Type | Entered By | User ID |
| INFO | 04/08/2017 19:42:28 | jhosgood |
| Narrative Description | | |
| WATCHUNG PD NOTIFIED | | |
| Note Type | Entered By | User ID |
| INFO | 04/08/2017 19:45:46 | jhosgood |
| Narrative Description | | |
| CONFIRMED WATCHUING TARGET | | |

| Note Type | Entered By | User ID |
|---|---|---|
| INFO | 04/08/2017 19:49:09 | jhosgood |

| Narrative Description |
|---|
| MALE- BLUE JEANS GREY AND PURPLE LONG SLEVE BLACK HAT BEARD 6FT 280 LBS // FEMALE- POSSIBLY THIN LONG BROWN COAT RED OR PINK SHOES WHITE HAT 5'6" W/ LARGE LV BAG |

| Note Type | Entered By | User ID |
|---|---|---|
| INFO | 04/08/2017 20:06:38 | jhosgood |

| Narrative Description |
|---|
| 3RD SUSPECT- B/F 5'6" 180 LBS LONG SLEEVE GREY OR PURPLE BUTTON DOWN SHIRT CHIN LENGTH BLACK HAIR |

| Note Type | Entered By | User ID |
|---|---|---|
| INFO | 04/08/2017 20:08:48 | jhosgood |

| Narrative Description |
|---|
| 1ST VEHICLE TO LEAVE FROM LOT WAS A WHITE MINI VAN |

| Note Type | Entered By | User ID |
|---|---|---|
| INFO | 04/08/2017 20:09:12 | jhosgood |

| Narrative Description |
|---|
| 2ND VEHICLE WHITE NISSAN ALTIMA |

# Vehicle(s)

**Vehicles 1 OTHER**    ✎ edik..    ✗ delete..

| Type | Year | Make | Model | Color |
|---|---|---|---|---|
|  | 2014 | HON | ACC | BK |
| Registration: # | State | Type | Was towed | Was claimed |
| A31ELB | NJ |  |  |  |
| Status | Expires |  |  |  |
|  | 06/30/2017 |  |  |  |

| Vehicle Identification Number (VIN) |
|---|
| 1HGCR2F86EA244928 |

| Tow company | Tow Claim # | Tow Reason | |
|---|---|---|---|
| Number of Occupants | Driver Race | Driver Sex | Driver License # |
| Was Vehicle Searched? | Was Ticket Issued? | | |

**Vehicles 2 OTHER**    ✎ edik..    ✗ delete..

| Type | Year | Make | Model | Color |
|---|---|---|---|---|
|  | 2008 | NIS | ALT | SL |
| Registration: # | State | Type | Was towed | Was claimed |

| WLZ70S | NJ | | | |
|---|---|---|---|---|
| Status | Expires 12/31/2017 | | | |

| Vehicle Identification Number (VIN) |
|---|
| 1N4AL21E58N405308 |

| Tow company | Tow Claim # | Tow Reason | |
|---|---|---|---|
| Number of Occupants | Driver Race | Driver Sex | Driver License # |
| Was Vehicle Searched? | Was Ticket Issued? | | |

# Person(s)

## Persons 1 OTHER

| Mni # | Last Name | First Name | Middle Name | |
|---|---|---|---|---|
| Street # | Street | City | State | |
| DOB | Phone | Zip Code | Lic # 685575613 | Lic State NY |
| Lic Status | Lic Exp | Lic Cls | Lic Rest | SSN |

## Persons 2 OTHER

| Mni # | Last Name | First Name | Middle Name | |
|---|---|---|---|---|
| | THOMPSON | GEORGIA | Y | |
| Street # ▮ | Street ▮ | City SCOTCH PLAINS | State NJ | |
| DOB ▮ | Phone | Zip Code 07076-1605 | Lic # ▮ | Lic State NJ |
| Lic Status | Lic Exp 02/28/2019 | Lic Cls D | Lic Rest | SSN ▮ |

## Persons 3 OTHER

| Mni # | Last Name | First Name | Middle Name | |
|---|---|---|---|---|
| | HAMILTON | JUNIOR | M | |
| Street # ▮ | Street ▮ | City SUMMIT | State NJ | |
| DOB ▮ | Phone | Zip Code 07901-3923 | Lic # ▮ | Lic State NJ |
| Lic Status | Lic Exp 03/31/2021 | Lic Cls A | Lic Rest | SSN ▮ |

Main Form

| Persons 4 OTHER | | | | | |
|---|---|---|---|---|---|
| Mni # | Last Name | First Name | Middle Name | | |
| Street # | Street | City | State | | |
| DOB | Phone | Zip Code | Lic # THOMPSON, GEORGIA | | Lic State NJ |
| Lic Status | Lic Exp | Lic Cls | Lic Rest | | SSN |

## Officers and Units

| CAD Units | | | |
|---|---|---|---|
| Agency Name | Unit ID | Personnel Id | Officer Name |
| GBP-PD | P910 | 81586 | SGT JOHN SKIKUS |
| GBP-PD | P935 | 81204 | OFC ADAM SEIDEL |
| GBP-PD | P940 | 73000 | OFC ANTHONY PINIZZOTTO |
| GBP-PD | P945 | 52100 | OFC MICHAEL KULA |
| GBP-PD | P948 | 65501 | OFC KEVIN O'CONNOR |

## Unit Statuses

| CAD Units | | | | | |
|---|---|---|---|---|---|
| Unit ID | Status | Date/Time | Avail? | Location | Disp ID |
| P940 | RESP | 19:30:24 | N | | jhosgood |
| P910 | RESP | 19:31:50 | N | | jhosgood |
| P935 | RESP | 19:32:26 | N | | jhosgood |
| P945 | RESP | 19:32:26 | N | | jhosgood |
| P948 | RESP | 19:32:26 | N | | jhosgood |
| P948 | ONLOC | 19:34:44 | N | | jhosgood |
| P945 | ONLOC | 19:35:39 | N | | jhosgood |
| P910 | ONLOC DETERMINE | 20:16:52 | N | | jhosgood |
| P935 | ONLOC DETERMINE | 20:16:54 | N | | jhosgood |
| P935 | CLEAR | 20:16:55 | Y | | jhosgood |
| P948 | CLEAR | 20:16:57 | Y | | jhosgood |
| P945 | CLEAR | 20:16:59 | Y | | jhosgood |
| P910 | CLEAR | 20:17:01 | Y | | jhosgood |
| P940 | CLEAR | 20:17:03 | Y | | jhosgood |

## Dispositions

| Dispositions | | | | | |
|---|---|---|---|---|---|
| Type | Disposition | | Incident Report? | Accident Report? | Due By |
| POLICE | (CLR) CLEAR INCIDENT | | Y | | OFC MICHAEL KULA |

# EXHIBIT B

Page 1 of 4

# GREEN BROOK POLICE
# GREEN BROOK, NJ
## Incident Report #17079154

Date/Time Printed: Tue Apr 11 11:53:43 EDT 20 By: wcoward

Not For Public Release

| Case Title | Location |
|---|---|
| THEFT | 215 U S HWY NO 22 HWY |
| Date/Time Reported | Date/Time Occurred |
| 04/08/2017 19:29:04 | 04/08/2017 18:29:00 to 04/08/2017 19:29:00 |

Incident Type/Offense
THEFT OF MOVABLE PROPERTY (2C:20-3A)

## Persons

| | Role | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|---|
| 1 | VICTIM | LEE, TRACY ANN | FEMALE | WHITE | 28 | ███ | (home) ███ ███ (home) (cell) | ███ NY |

## Offenders

| | Status | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|---|
| 1 | SUSPECT | 00, 00 00 | MALE | BLACK | | | (home) (cell) | 00 00 00, |
| 2 | SUSPECT | 00, 00 00 | FEMALE | BLACK | | | (home) 00 (cell) 00 | 00 00 00, |

## Vehicles

| | Role | Type | Year | Make | Model | Color | Reg # | State |
|---|---|---|---|---|---|---|---|---|
| 1 | SUSPECT VEHICLE | | | NISSAN | ALTIMA | | | |
| | Stolen $ | Rec Code | Date Rec | Rec $ | Rec By | | | |

## Property

| | Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|---|
| 1 | CREDIT/DEBIT CARDS | 2 CHASE CREDIT CARDS | CHASE | CREDIT CARD | | 1 |
| 2 | CREDIT/DEBIT CARDS | TARGET CREDIT CARD | TARGET | CREDIT CARD | | 1 |

## Narrative

On the above date and time Sgt. Skikus, Ofc. Seidel, Ofc. O'Connor and I (Ofc. Kula) responded to the Bonefish Grill, for a reported theft. Upon our arrival we met with the victim, Tracy Ann Lee. Lee stated she was sitting at a table inside of the establishment when she felt an unknown individual bump into her. She didn't think much of it at the time it occurred.

Upon receiving the bill for her dinner she grabbed her purse which was laying on an empty chair next to her to retrieve her wallet. She observed that her wallet was not inside of her
(Continued on next page)

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| OFC MICHAEL KULA(52100) (04/08/2017 20:36:44) | SGT JOHN SKIKUS (81586) (04/08/2017 22:36:53) | |



**GREEN BROOK POLICE**
**GREEN BROOK, NJ**
**Incident Report #17079154**

Date/Time Printed:Tue Apr 11 11:53:43 EDT 20 By: wcoward

Not For Public Release

| Case Title | Location |
|---|---|
| THEFT | 215 U S HWY NO 22 HWY |
| Date/Time Reported | Date/Time Occurred |
| 04/08/2017 19:29:04 | 04/08/2017 18:29:00 to 04/08/2017 19:29:00 |

Incident Type/Offense
THEFT OF MOVABLE PROPERTY (2C:20-3A)

## Persons

| Role | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|
| | | | | | | (home) | |
| | | | | | | (cell) | |
| | | | | | | (home) | |
| | | | | | | (cell) | |

## Offenders (Continued from page 1)

| | Status | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|---|
| 3 | SUSPECT | 00, 00 00 | FEMALE | BLACK | | | (home) | 00 00 |
| | | | | | | | (cell) | 00, |
| | | | | | | | (home) | |
| | | | | | | | (cell) | |

## Vehicles

| Role | Type | Year | Make | Model | Color | Reg # | State |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| Stolen $ | Rec Code | Date Rec | Rec $ | Rec By | | | |

## Property (Continued from page 1)

| | Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|---|
| 3 | CREDIT/DEBIT CARDS | MACY'S CREDIT CARD | MACY'S | CREDIT CARD | | 1 |
| 4 | CREDIT/DEBIT CARDS | TD BANK CARD | TD BANK | DEBIT CARD | | 1 |

## Narrative (Continued from page 1)

purse but knew she previously had her wallet with her. She looked around the restaurant and found her wallet laying on the floor under the chair where the purse was located. At this time she observed there were multiple credit cards missing from her wallet. The stolen cards consisted of 2 Chase credit cards, Target credit card, Macy's credit card, Walmart credit card, TD Bank debit card, and a USAA debit card.

Shortly after Lee received an alert from chase in regards to possible fraudulent activity on her credit cards. Upon contacting Chase they advised Lee that someone attempted to make a
(Continued on next page)

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| OFC MICHAEL KULA (52100) (04/08/2017 20:36:44) | SGT JOHN SKIKUS (81586) (04/08/2017 22:36:53) | |

Page 3 of 4

 **GREEN BROOK POLICE**
**GREEN BROOK, NJ**
**Incident Report #17079154**

Date/Time Printed: Tue Apr 11 11:53:43 EDT 20 By: wcoward

Not For Public Release

| Case Title | Location |
|---|---|
| THEFT | 215 U S HWY NO 22 HWY |
| Date/Time Reported | Date/Time Occurred |
| 04/08/2017 19:29:04 | 04/08/2017 18:29:00 to 04/08/2017 19:29:00 |
| Incident Type/Offense | |
| THEFT OF MOVABLE PROPERTY (2C:20-3A) | |

### Persons

| Role | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|
| | | | | | | (home) | |
| | | | | | | (cell) | |
| | | | | | | (home) | |
| | | | | | | (cell) | |

### Offenders

| Status | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|
| | | | | | | (home) | |
| | | | | | | (cell) | |
| | | | | | | (home) | |
| | | | | | | (cell) | |

### Vehicles

| Role | Type | Year | Make | Model | Color | Reg # | State |
|---|---|---|---|---|---|---|---|
| Stolen $ | Rec Code | Date Rec | Rec $ | Rec By | | | |

### Property (Continued from page 2)

| | Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|---|
| 5 | CREDIT/DEBIT CARDS | WALMART CREDIT CARD | WALMART | CREDIT CARD | | 1 |
| 6 | CREDIT/DEBIT CARDS | USAA BANK CARD | USAA | DEBIT CARD | | 1 |

### Narrative (Continued from page 2)

purchase at the Target (store #1155) in Watchung, and the Walmart (store #5111) in Watchung. Upon contacting Chase they advised Lee that a purchase was attempted at 1936 hours at the Target but the transaction was declined. At this time Lee contacted all of her credit card companies in an attempt to cancel the cards prior to any further transactions. Lee was advised that one purchase in the amount of approximately $505, was made at the Walmart at approximately 1915 hours. The purchase was made utilizing her Walmart credit card.

Ofc. Seidel checked video footage inside of the establishment which had footage of three

(Continued on next page)

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| OFC MICHAEL KULA (52100) (04/08/2017 20:36:44) | SGT JOHN SKIKUS (81586) (04/08/2017 22:36:53) | |



Page 4 of 4

# GREEN BROOK POLICE
## GREEN BROOK, NJ
### Incident Report #17079154

Date/Time Printed: Fri Jan 26 11:49:56 EST 20 By: rgonzalez

| | |
|---|---|
| Approved For Public View | |
| Case Title THEFT | Location 215 U S HWY NO 22 HWY |
| Date/Time Reported 04/08/2017 19:29:04 | Date/Time Occurred 04/08/2017 18:29:00 to 04/08/2017 19:29:00 |
| Incident Type/Offense CREDIT CARDS - USE - 2C:21-6D(1)(2C216) | |

**Narrative** (Continued from page 3)

possible actors, a male and two females. An employee was able to obtain two NJ registrations of the vehicles they believe the actors left in. The first registration is NJ: WLZ70S (silver Nissan) and the second is NJ: A31ELB (black Honda).

Lee was advised to contact police headquarters if she discovers any additional charges on her credit cards and to cancel all of the cards which were stolen. Lee was unable to provide credit card numbers at this time.

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| OFC MICHAEL KULA(52100) (04/08/2017 20:36:44) | SGT JOHN SKIKUS(81586) (04/08/2017 22:36:53) | LT HANS CASE(11448) (04/11/2017 17:15:55) |

# EXHIBIT C



**GREEN BROOK POLICE**
**GREEN BROOK, NJ**
Supplementary Report #17079154/2

Page 1 of 4

Approved For Public View

Date/Time Printed: Thu Apr 20 12:48:26 EDT 20 By: wcoward

| Case Title | Location |
|---|---|
| THEFT | 215 U S HWY NO 22 HWY |
| Date/Time Reported | Date/Time Occurred |
| 04/08/2017 19:29:04 | 04/08/2017 18:29:00 to 04/08/2017 19:29:00 |

Incident Type/Offense
THEFT OF MOVABLE PROPERTY(2C:20-3A)

## Persons

| | Role | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|---|
| 1 | VICTIM | LEE, TRACY ANN | FEMALE | WHITE | 28 | ███ | (home)<br>(cell) | ███<br>NX |
| | | | | | | | (home)<br>(cell) | |

## Offenders

| | Status | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|---|
| 1 | SUSPECT | THOMPSON, DOUGLASS E | MALE | BLACK | 37 | ███ | (home)<br>(cell) | ███<br>HILLSIDE, NJ |
| 2 | SUSPECT | THOMPSON, GEORGIA Y | FEMALE | BLACK | 37 | ███ | (home)<br>(cell) 917-941-9578 | ███<br>FLR 2 SCOTCH PLAINS, |

## Vehicles

| | Role | Type | Year | Make | Model | Color | Reg # | State |
|---|---|---|---|---|---|---|---|---|
| 1 | SUSPECT VEHICLE | | 2014 | HONDA | ACCORD | BLACK | A31ELB | NJ |
| | Stolen $ | Rec Code | Date Rec | Rec $ | Rec By | | | |

## Property

| | Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|---|
| 1 | CREDIT/DEBIT CARDS | 2 CHASE CREDIT CARDS | CHASE | CREDIT CARD | | 1 |
| 2 | CREDIT/DEBIT CARDS | TARGET CREDIT CARD | TARGET | CREDIT CARD | | 1 |

## Narrative

On 04/13/2017 I began a follow up investigation in reference to stolen credit and debit card that had occurred on 04/08/2017 at approximately 1815 hours at Bonefish Grill, located at 215 Route 22 East. Patrol was advised by the victim, identified as Tracy Ann Lee, that her USAA credit card and TD Bank debit card were used approximately thirty minutes after the theft at Target and Walmart, located at 1515 Route 22 West in Watchung.

(Continued on next page)

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| OFC ANTHONY PEPE(71001)<br>(04/14/2017 12:21:11) | DLT WILLIAM COWARD(15201)<br>(04/20/2017 12:48:09) | DLT WILLIAM COWARD(15201)<br>(04/20/2017 12:48:15) |

**GREEN BROOK POLICE**
**GREEN BROOK, NJ**
Supplementary Report #17079154/2

Page 2 of 4

Approved For Public View

Date/Time Printed:Thu Apr 20 12:48:26 EDT 20 By: wcoward

| Case Title | Location |
|---|---|
| THEFT | 215 U S HWY NO 22 HWY |
| Date/Time Reported | Date/Time Occurred |
| 04/08/2017 19:29:04 | 04/08/2017 18:29:00 to 04/08/2017 19:29:00 |
| Incident Type/Offense | |
| THEFT OF MOVABLE PROPERTY (2C:20-3A) | |

### Persons

| Role | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|
| | | | | | | (home) | |
| | | | | | | (cell) | |
| | | | | | | (home) | |
| | | | | | | (cell) | |

### Offenders (Continued from page 1)

| | Status | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|---|
| 3 | SUSPECT | 00, 00 00 | FEMALE | BLACK | | | (home) | 00 00 |
| | | | | | | | (cell) | 00, |
| | | | | | | | (home) | |
| | | | | | | | (cell) | |

### Vehicles

| Role | Type | Year | Make | Model | Color | Reg # | State |
|---|---|---|---|---|---|---|---|
| Stolen S | Rec Code | Date Rec | Rec $ | Rec By | | | |

### Property (Continued from page 1)

| | Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|---|
| 3 | CREDIT/DEBIT CARDS | MACY'S CREDIT CARD | MACY'S | CREDIT CARD | | 1 |
| 4 | CREDIT/DEBIT CARDS | TD BANK CARD | TD BANK | DEBIT CARD | | 1 |

### Narrative (Continued from page 1)

Lee's USAA credit card (last four digits 0474), was used at Target in the amount of $2,600.00, and her TD Bank debit card (last four digits 4561), was used in the amount of $505.31 at Walmart. I then responded to Bonefish Grill and reviewed the restaurant's video surveillance. The video shows the three suspects enter the restaurant and then leave approximately 15 minutes after entering. An employee was able to obtain a New Jersey registration of A31ELB,(2016 Black Honda Accord), which is registered to a Georgia Y. Thompson with a date of birth of 04/06/1980.

(Continued on next page)

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| OFC ANTHONY PEPE (71001) (04/14/2017 12:21:11) | DLT WILLIAM COWARD (15201) (04/20/2017 12:48:09) | DLT WILLIAM COWARD (15201) (04/20/2017 12:48:15) |



**GREEN BROOK POLICE**
**GREEN BROOK, NJ**
**Supplementary Report #17079154/2**

Page 3 of 4

Approved For Public View          Date/Time Printed:Thu Apr 20 12:48:26 EDT 20 By: wcoward

| Case Title | | Location | | | | | | |
|---|---|---|---|---|---|---|---|---|
| THEFT | | 215 U S HWY NO 22 HWY | | | | | | |
| Date/Time Reported | | Date/Time Occurred | | | | | | |
| 04/08/2017 19:29:04 | | 04/08/2017 18:29:00 to 04/08/2017 19:29:00 | | | | | | |
| Incident Type/Offense | | | | | | | | |
| THEFT OF MOVABLE PROPERTY(2C:20-3A) | | | | | | | | |

### Persons

| Role | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|
| | | | | | | (home) | |
| | | | | | | (cell) | |
| | | | | | | (home) | |
| | | | | | | (cell) | |

### Offenders

| Status | Name | Sex | Race | Age | DOB | Phone | Address |
|---|---|---|---|---|---|---|---|
| | | | | | | (home) | |
| | | | | | | (cell) | |
| | | | | | | (home) | |
| | | | | | | (cell) | |

### Vehicles

| Role | Type | Year | Make | Model | Color | Reg # | State |
|---|---|---|---|---|---|---|---|
| Stolen $ | Rec Code | Date Rec | Rec $ | Rec By | | | |

### Property  (Continued from page 2)

| | Class | Description | Make | Model | Serial # | Value |
|---|---|---|---|---|---|---|
| 5 | CREDIT/DEBIT CARDS | WALMART CREDIT CARD | WALMART | CREDIT CARD | | 1 |
| 6 | CREDIT/DEBIT CARDS | USAA BANK CARD | USAA | DEBIT CARD | | 1 |

### Narrative  (Continued from page 2)

A DMV look up of Georgia Thompson's New Jersey driver's license matches the suspect in the Bonefish Grill video. Also obtained through DMV was a photo of the male suspect who is identified as Douglass E. Thompson with a date of birth of 12/04/1979. He was also a positive match with the suspect in the video. A third unknown female suspect, dressed wearing blue scrubs, is also seen with the two identified suspects in the surveillance video.

I then responded to Target, where Lee's USAA credit card was utilized. Lost prevention was able to provide me with surveillance video showing both Douglass and Georgia Thompson enter

(Continued on next page)

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| OFC ANTHONY PEPE(71001) (04/14/2017 12:21:11) | DLT WILLIAM COWARD(15201) (04/20/2017 12:48:09) | DLT WILLIAM COWARD(15201) (04/20/2017 12:48:15) |



**GREEN BROOK POLICE**
**GREEN BROOK, NJ**
Supplementary Report #17079154/2

Page 4 of 4

| Approved For Public View | Date/Time Printed: Thu Apr 20 12:48:26 EDT 20By: wcoward |
|---|---|
| Case Title<br>THEFT | Location<br>215 U S HWY NO 22 HWY |
| Date/Time Reported<br>04/08/2017 19:29:04 | Date/Time Occurred<br>04/08/2017 18:29:00 to 04/08/2017 19:29:00 |
| Incident Type/Offense<br>THEFT OF MOVABLE PROPERTY(2C:20-3A) | |

**Narrative (Continued from page 3)**

the store, along with the third unknown female suspect, and make a purchase utilizing the stolen credit card. In the video it shows Douglass and the unknown female suspect go into the electronic area and make a purchase. Also shows Georgia and the unknown female suspect make a purchase together at the front register. Another attempted purchase at the front register by is observed by Georgia however it appears the card is decline and she leaves the store.

I then responded to Walmart where Lee's TD Bank debit card was used. I then spoke to lost prevention about the matter. Lost prevention was able to provide me with video surveillance. After reviewing the video it was observed that Georgia and the unknown female suspect entered the store and make a purchase of gift cards at the front register. They are then seen leaving together and entering a black vehicle and leave the parking lot.

Lee has since then cancelled her cards. A TRAKS bulletin was sent in a attempt to identify the third female suspect wearing blue scrubs. I attempted to contact Georgia Thompson. Georgia answered her phone however was uncooperative and stated she would not come in and was out of the country. A screening form was sent to intake screening for Douglass and Georgia Thompson at this time.

| Reporting Officer | Reviewing Officer | Approving Officer |
|---|---|---|
| OFC ANTHONY PEPE(71001)<br>(04/14/2017 12:21:11) | DLT WILLIAM COWARD(15201)<br>(04/20/2017 12:48:09) | DLT WILLIAM COWARD(15201)<br>(04/20/2017 12:48:15) |

# EXHIBIT D

09/18/2017  23:53    9082310781        SOMERSET CNTY PROSC                PAGE  02/03

*This document is CONFIDENTIAL WORK PRODUCT and NOT TO BE DISCLOSED

# SOMERSET COUNTY PROSECUTOR'S OFFICE
## SCREENING DECISION

Date: 9-15-2017

Defendant Name: Douglass Thompson & Georgia Thompson

Police Department: Green Brook

Case Number: 17-09154

Assistant Prosecutor: John R. Ascione

[✓] Indictable charges have been authorized for issuance of a complaint:

    [ ] Summons

    [✓] Warrant (contact [ ] Superior or [✓] Municipal Court Judge for PC)

The following charges are to be typed into the e-CDR system by the assigned officer:

2C:21-6.1b(1) 3rd (2 Counts each); 2C:21-17a(4) 3rd (2 Counts each)

2C:20-4a 3rd (1 Count each) — All committed in Watchung.

See attached "Request to Type Complaint" form.

Warrant needed because D "out of country" + Georgia has pending Mercer charge

[ ] The defendant will not be charged with an indictable offense.

    [ ] You may sign a complaint in Municipal Court for: _____

    [ ] No Municipal Court charges recommended.

[ ] Indictable charges have been declined pending completion of the following investigative actions, and the case may be re-screened upon completion:

_____

_____

_____

Please feel free to contact the above Assistant Prosecutor if you wish to discuss the matter.

Complaints should be completed within one week and emailed to
IntakeScreening@co.somerset.nj.us.

## SCPO CASE FILE DETAIL REPORT FORM

POLICE DEPARTMENT  Green Brook Twp. PD                    PD Case Number: 1709154

Date:    04/13/2017                    Time: 1537

☐ 9-1-1 Call / Time received: _____

☐ Received by Somerset County Communications

☐ PD Dispatcher

☐ Observed by Officer(s): _____

Street / Intersection / Address of Incident:  215 Route 22 East Green Brook NJ/1515 Route 22 W,

Municipality:  Green Brook/ Watchung

Name of Business:  Bonefish Grill/ Target/ Walmart

Type of Business (Retail, Restaurant, Office Building, etc.):  Restaurant/ Retail

**WEAPONS USED (if applicable)**     ☐ Assault Rifle

☐ Firearm    ☐ Revolver    ☐ Semi-auto    ☐ Rifle    ☐ Shotgun

Make: _____    Model: _____    Calibre: _____

☐ Knife (describe) _____

☐ Other Weapon (describe) _____

**MEDICAL TREATMENT (if applicable)**

Name & location of treatment & check box for:  V=Victim or S= Suspect

1) _____    ☐ V    ☐ S

2) _____    ☐ V    ☐ S

3) _____    ☐ V    ☐ S

4) _____    ☐ V    ☐ S

Responding Rescue Squad Name: _____

☐ ALS Responded, if so, name of unit: _____

☐ Medivac Responded, if yes, name of unit: _____

**NOTIFICATIONS AND POLICE OFFICER CONTACT INFORMATION**

☐ SCPO Notification, If "Yes," Detective's Name: _____

☐ SCPO Responded to Assist in the Investigation

Name/Rank/Phone number of person at PD to be contacted should additional information be needed

regarding the incident.

Rank/Name: _____    Phone No.: _____

**VICTIM INFORMATION**

**Victim # 1**

☐ Domestic Incident          ☐ Juvenile          ☐ Ederly          ☐ Retired

Name:    Tracy A. Lee

Address:    ██████████████████

Age:    28          Telephone No.:    ████████          ☐ Landline          ☑ Cell

Occupation:    n/a

Name and Phone Number of Parent or Guardian if Victim is a Juvenile (address if different than victim):

Email Address:

Type of Property Taken:

Value of Property Taken:

Injuries Sustained:

If victim does not have a phone, please provide a relative or friend's name and phone number:

If victim is deceased, please provide a name & phone number for next of kin:

**Victim # 2**

☐ Domestic Incident          ☐ Juvenile          ☐ Ederly          ☐ Retired

Name:

Address:

Age:          Telephone No.:          ☐ Landline          ☐ Cell

Occupation:

Name and Phone Number of Parent or Guardian if Victim is a Juvenile (address if different than victim):

Email Address:

Type of Property Taken:

Value of Property Taken:

Injuries Sustained:

If victim does not have a phone, please provide a relative or friend's name and phone number:

If victim is deceased, please provide a name & phone number for next of kin:

**DESCRIPTION OF VEHICLE(S) USED IN THE INCIDENT (if applicable)**

**Vehicle # 1**  ☐ Victim Vehicle    ☑ Suspect Vehicle

☐ Passenger Car    ☐ 2Dr.    ☑ 4Dr.    ☐ SUV    ☐ 2Dr.    ☐ 4Dr.

☐ Passenger Van    ☐ Motorcycle

☐ Pick-up Truck    ☐ 2Dr.    ☐ 4Dr.    ☑ Extended Cab    ☐ Cap on Back

☐ Commercial Vehicle (describe): _____

Make: __Honda__    Model: __Accord__

Year: __2014__    Color: __black__    Tag # / State: __A31ELB/NJ__

Distinguishing Characteistics: _____

**Vehicle # 2**    Victim Vehicle    Suspect Vehicle

☐ Passenger Car    ☐ 2Dr.    ☐ 4Dr.    ☐ SUV    ☐ 2Dr.    ☐ 4Dr.

☐ Passenger Van    ☐ Motorcycle

☐ Pick-up Truck    ☐ 2Dr.    ☐ 4Dr.    ☐ Extended Cab    ☐ Cap on Back

☐ Commercial Vehicle (describe): _____

Make: _____    Model: _____

Year: _____    Color: _____    Tag # / State: _____

Distinguishing Characteistics: _____

**DRUG OFFENSES (if applicable)**

Type of drug(s) seized: _____

Quantity (approximate, if unknown): _____

Street value (if known): _____

Loacation drugs discovered/found: _____

☐ Plain view    ☐ Consent to Search    ☐ Search Warrant

☐ K-9 dog used & from what agency: _____

**REQUESTED CHARGES**

1. __2C:21-6C(1)__ _____

2. __2C:21-6H__ _____

3. _____

4. _____

## SUSPECT/DEFENDANT INFORMATION

**Suspect/Defendant # 1**        Race: B _____        ☐ Adult   ☑ Juvenile
Name:   Georgia Y. Thompson _____        ☐ Male   ☑ Female
Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
DOB: ▮▮▮▮▮▮▮        Telephone No.: Landline _____        Cell ▮▮▮▮▮▮▮
SS#: ▮▮▮▮▮▮▮        Age: 37 _____        Driver's License No.: NJ▮▮▮▮▮▮▮
Occupation:   n/a _____        Grade in School if JV: _____
Name/Address of Employer (School if JV): _____

### COMPLETE BELOW IF SUSPECT/DEFENDANT IS A JUVENILE

Father: _____ Phone:(Home) _____        Cell: _____
Address: _____
Mother: _____ Phone:(Home) _____        Cell: _____
Address: _____
Guardian: _____ Phone:(Home) _____        Cell: _____
Address: _____
Height: _____ Weight: _____ Eye Color: _____ Hair Color: _____
Complexion: _____ Scars, Marks, Tattoos: _____
Date forwarded to SCPO: _____
Requested Action:   ☐ Intake   ☐ J.C.C.   ☐ Court   ☐ Other
Officer comments: _____

**Suspect/Defendant # 2**        Race: B _____        ☑ Adult   ☐ Juvenile
Name:   Douglass E. Thompson _____        ☐ Male   ☐ Female
Address: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
DOB: ▮▮▮▮▮▮▮        Telephone No.: Landline _____        Cell _____
SS#: ▮▮▮▮▮▮▮        Age: 37 _____        Driver's License No.: N▮▮▮▮▮▮▮
Occupation:   n/a _____        Grade in School if JV: _____
Name/Address of Employer (School if JV): _____

### COMPLETE BELOW IF SUSPECT/DEFENDANT IS A JUVENILE

Father: _____ Phone:(Home) _____        Cell: _____
Address: _____
Mother: _____ Phone:(Home) _____        Cell: _____
Address: _____
Guardian: _____ Phone:(Home) _____        Cell: _____
Address: _____
Height: _____ Weight: _____ Eye Color: _____ Hair Color: _____
Complexion: _____ Scars, Marks, Tattoos: _____
Date forwarded to SCPO: _____
Requested Action:   ☐ Intake   ☐ J.C.C.   ☐ Court   ☐ Other
Officer comments: _____

**Suspect/Defendant # 3**    Race: _____    ☐ Adult    ☐ Juvenile
Name: _____    ☐ Male    ☐ Female
Address: _____
DOB: _____    Telephone No.: Landline _____    Cell _____
SS#: _____    Age: _____    Driver's License No.: _____
Occupation: _____    Grade in School  if JV: _____
Name/Address of Employer (School if JV): _____
_____

**COMPLETE BELOW IF SUSPECT/DEFENDANT IS A JUVENILE**
Father: _____    Phone:(Home)_____    Cell: _____
Address: _____
Mother: _____    Phone:(Home)_____    Cell: _____
Address: _____
Guardian: _____    Phone:(Home)_____    Cell: _____
Address: _____
Height: _____    Weight: _____    Eye Color: _____    Hair Color: _____
Complexion: _____    Scars, Marks, Tattoos: _____
Date forwarded to SCPO:
Requested Action:    ☐ Intake    ☐ J.C.C.    ☐ Court    ☐ Other
Officer comments: _____

**WITNESS INFORMATION** – If witness is a juvenile, list parent or guardian information also

| Name | Address | Phone No. | DOB | Age |
|------|---------|-----------|-----|-----|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

**NARRATIVE OF INCIDENT**

On 4/08/2017 at approximately 1615 hours the victim was eating st Bonefish Grill located at 215 Rt.22 East in Green Brook when her purse was stolen.After reviewing surveillance video it shows both suspects enter the restaurant and leave within a short period of time. The same suspects are seen making purchases at Target and Walmart located at 1515 Rt. 22 West in Watchung NJ unitizing the Victim's stolen USAA credit card and TD Bank Debit card. The USAA credit card was used to purchase $2,600.00 in merchandise at Target. The victim's TD Bank debit card is used making a purchase in the amount of $505.31 by the same suspects on the same day. Both transactions were caught on CCTV surveillance video.

TW 11.15.16

# EXHIBIT E

# COMPLAINT - WARRANT

**THE STATE OF NEW JERSEY**
*VS.*
DOUGLASS E THOMPSON

**COMPLAINT NUMBER**

| 1809 | W | 2017 | 000115 |
|------|---|------|--------|
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

ADDRESS ▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮    NJ 07205-1801

GREENBROOK TWP MUNICIPAL COURT
111 GREENBROOK RD
GREEN BROOK          NJ 08812-0000
732-968-1110  COUNTY OF: SOMERSET

**DEFENDANT INFORMATION**
SEX: M  EYE COLOR: BROWN      DOB: ▮▮▮▮
DRIVER'S LIC. #.
SOCIAL SECURITY #:            SBI #:        DL STATE: NJ
TELEPHONE #: ( )
LIVESCAN PCN #:

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|--------------|----------|----------------|
| 5 | | 17079154 |

COMPLAINANT A
NAME:  111 GREENBROOK RD    PEPE

GREENBROOK          NJ 08812

By certification or on oath, the complainant says that to the best of his/her knowledge, information and belief the named defendant on or about 04/08/2017 in    GREEN BROOK TWP    ,    SOMERSET    County, NJ did:
WITHIN THE JURISDICTION OF THIS COURT, IN WATCHUNG, WITH THE INTENT TO DEFRAUD A
MERCHANT, USE A SCANNING DEVICE TO ACCESS AND/ OR READ INFORMATION ENCODED ON
THE MAGNETIC STRIP OR STRIPE OF A PAYMENT CARD BELONGING TO JANE DOE, (DOB:
12/27/1988) WITHOUT PERMISSION, SPECIFICALLY BY USING JANE DOE'S STOLEN USAA
DEBIT CARD TO MAKE PURCHASES AT TARGET IN VIOLATION OF N.J.S.A. 2C:21-6.1B(1). A
3RD DEGREE OFFENSE.

WITHIN THE JURISDICTION OF THIS COURT, IN WATCHUNG, WITH THE INTENT TO DEFRAUD A
MERCHANT, USE A SCANNING DEVICE TO ACCESS AND/ OR READ INFORMATION ENCODED ON
THE MAGNETIC STRIP OR STRIPE OF A PAYMENT CARD BELONGING TO JANE DOE, (DOB:
12/27/1988) WITHOUT PERMISSION, SPECIFICALLY BY USING JANE DOE'S STOLEN TD BANK
DEBIT CARD TO MAKE PURCHASES AT WALMART IN VIOLATION OF N.J.S.A. 2C:21-6.1B(1).
A 3RD DEGREE OFFENSE.

in violation of:

| Original Charge | 1) 2C:21-6.1B(1) | 2) 2C:21-6.1B(1) | 3) 2C:21-17A(4) |
|-----------------|------------------|------------------|-----------------|
| Amended Charge | | | |

CERTIFICATION: I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.
Signed:    A PEPE                                   Date: 09/21/2017

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court in the county of SOMERSET
at the following address: SOMERSET SUPERIOR COURT
20 NORTH BRIDGE STREETS                           SOMERVILLE        NJ 08876-1262
Date of Arrest:          Appearance Date:      Time:    Phone: 908-231-7000

## PROBABLE CAUSE DETERMINATION AND ISSUANCE OF WARRANT

☐ Probable cause IS NOT found for the issuance of this complaint.

Signature of Court Administrator or Deputy Court Administrator    Date    Signature of Judge    Date

☑ Probable cause IS found for the issuance of this complaint. MICHAEL FEDUN JUDICIAL OFFICER 09/21/2017
                                                Signature and Title of Judicial Officer Issuing Warrant    Date
TO ANY PEACE OFFICER OR OTHER AUTHORIZED PERSON: PURSUANT TO THIS WARRANT YOU ARE HEREBY COMMANDED TO ARREST THE
NAMED DEFENDANT AND BRING THAT PERSON FORTHWITH BEFORE THE COURT TO ANSWER THE COMPLAINT.

Bail Amount Set: _____ by: _____
                                    (if different from judicial officer that issued warrant)

| ☐ Domestic Violence -- Confidential | ☐ Related Traffic Tickets or Other Complaints | ☐ Serious Personal Injury/ Death Involved |
|---|---|---|

Special conditions of release:
☐ No phone, mail or other personal contact w/victim
☐ No possession firearms/weapons
☐ Other (specify):

**ORIGINAL**

PL 853    Page 1 of 7    NJ/CDR2 1/1/2017

# COMPLAINT - WARRANT

| COMPLAINT NUMBER | | | | STATE V. |
|---|---|---|---|---|
| 1809 | W | 2017 | 000115 | DOUGLASS E THOMPSON |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

WITHIN THE JURISDICTION OF THIS COURT, IN WATCHUNG, WITH THE PURPOSE TO FRAUDULENTLY OBTAIN A BENEFIT, OBTAIN AND USE PERSONAL IDENTIFYING INFORMATION PERTAINING TO ANOTHER WITHOUT AUTHORIZATION, SPECIFICALLY BY USING THE INFORMATION ON JANE DOE'S, (DOB: 12/27/1988), STOLEN USAA DEBIT CARD TO MAKE PURCHASES AT TARGET, IN VIOLATION OF N.J.S.A. 2C:21-17A(4). A 3RD DEGREE OFFENSE.

WITHIN THE JURISDICTION OF THIS COURT, IN WATCHUNG, WITH THE PURPOSE TO FRAUDULENTLY OBTAIN A BENEFIT, OBTAIN AND USE PERSONAL IDENTIFYING INFORMATION PERTAINING TO ANOTHER WITHOUT AUTHORIZATION, SPECIFICALLY BY USING THE INFORMATION ON JANE DOE'S, (DOB: 12/27/1988), STOLEN TD BANK DEBIT CARD TO MAKE PURCHASES AT WALMART, IN VIOLATION OF N.J.S.A. 2C:21-17A(4). A 3RD DEGREE OFFENSE.

WITHIN THE JURISDICTION OF THIS COURT, IN WATCHUNG, COMMIT THE OFFENSE OF THEFT BY DECEPTION BY PURPOSELY OBTAINING PROPERTY, TO WIT $3,283.42 IN MERCHANDISE, BELONGING TO TARGET AND WALMART THROUGH CREATING OR REINFORCING A FALSE IMPRESSION, IN VIOLATION OF N.J.S.A. 2C:20-4A. A 3RD DEGREE OFFENSE.

| Original Charge | 4) 2C:21-17A(4) | 5) 2C:20-4 | |
|---|---|---|---|
| Amended Charge | | | |

## COMPLAINT - WARRANT

Page 1 of 7                          NJ/CDR2 1/1/2017

PL 854

# COMPLAINT – WARRANT (Court Action)

| COMPLAINT NUMBER | | | | STATE V. | |
|---|---|---|---|---|---|
| 1809 | W | 2017 | 000115 | | DOUGLASS E THOMPSON |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | | |

| FTA Bail Information | Date Bail Set: | | Amount Bail Set: $ | by: | ☐ Bail Recog. Attached |
|---|---|---|---|---|---|
| ☐ Released on Bail | R.O.R. | ☐ Committed Default | ☐ Committed w/o Bail | Place Committed: | Date Referred to County Prosecutor: _____ |
| | | | | | Defendant Desires Counsel: ☐ Yes   ☐ No |

| Date of First Appearance | ☐ Advised of Rights by _____ |
|---|---|

| Prosecuting Attorney Information | | | | Defense Counsel Information | | | |
|---|---|---|---|---|---|---|---|
| Name: | | | | Name: | | | |
| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |

| | 1) 2C:21-6.1B(1) | 2) 2C:21-6.1B(1) | 3) 2C:21-17A(4) |
|---|---|---|---|
| Original Charge | | | |
| Amended Charge | | | |
| Waiver Indt/Jury | | | |
| Plea/Date of Plea | Plea:          Date: | Plea:          Date: | Plea:          Date: |
| Adjudication (* see code) | Finding Code:          Date: | Finding Code:          Date: | Finding Code:          Date: |
| Jail Term | Jail time credit | Susp. Imp | Jail time credit | Susp. Imp | Jail time credit | Susp. Imp |
| Probation Term | | Susp. Imp | | Susp. Imp | | Susp. Imp |
| Cond. Discharge Term | | | |
| Community Service | | | |
| D/L Suspension Term | | | |
| Fines/Costs | Fines:          Costs: | Fines:          Costs: | Fines:          Costs: |
| VCCB/SNSF | VCCB:          SNSF: | VCCB:          SNSF: | VCCB:          SNSF: |
| DEDR/Lab Fee | DEDR:          LAB: | DEDR:          LAB: | DEDR:          LAB: |
| CD Fee/Drug Ed Fnd | CD:          DAEF: | CD:          DAEF: | CD:          DAEF: |
| DV Surch/Other Fees | DV:          Other: | DV:          Other: | DV:          Other: |
| Restitution Beneficiary: | | | |

Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:

**\*Finding Codes**
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed-Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional-Discharge
D – Dismissed- Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

Related Traffic Tickets and Complaints:

COMPLAINT – WARRANT (Court Action)

| | |
|---|---|
| JUDGE'S SIGNATURE | DATE |

Page 2 of 7     NJ/CDR2.1/1/2017

PL 855

# COMPLAINT – WARRANT (Court Action)

| COMPLAINT NUMBER | | | | STATE V. | |
|---|---|---|---|---|---|
| 1809 | W | 2017 | 000115 | | DOUGLASS E THOMPSON |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | | |

| FTA Bail Information | Date Bail Set: | | Amount Bail Set: $ | by: | ☐ Bail Recog. Attached |
|---|---|---|---|---|---|

| Released on Bail (√) | R.O.R. | Committed Default | Committed w/o Bail | Place Committed: | Date Referred to County Prosecutor: |
|---|---|---|---|---|---|

Defendant Desires Counsel: ☐ Yes   ☐ No

| Date of First Appearance | ☐ Advised of Rights by _____ |
|---|---|

| Prosecuting Attorney Information | | | | Defense Counsel Information | | | | |
|---|---|---|---|---|---|---|---|---|
| Name: | | | | Name: | | | | |
| State | County | Municipal | Other | None | Retained | Public Def | Assigned | Waived | Other |

| | | | | |
|---|---|---|---|---|
| Original Charge | 4) 2C:21-17A(4) | 5) 2C:20-4 | | |
| Amended Charge | | | | |
| Waiver Indt/Jury | | | | |
| Plea/Date of Plea | Plea:      Date: | Plea:      Date: | Plea:      Date: | |
| Adjudication (* see code) | Finding Code:   Date: | Finding Code:   Date: | Finding Code:   Date: | |
| Jail Term | Jail time credit   Susp. Imp. | Jail time credit   Susp. Imp. | Jail time credit   Susp. Imp. | |
| Probation Term | Susp. Imp | Susp. Imp | Susp. Imp. | |
| Cond. Discharge Term | | | | |
| Community Service | | | | |
| D/L Suspension Term | | | | |
| Fines/Costs | Fines:    Costs: | Fines:    Costs: | Fines:    Costs: | |
| VCCB/SNSF | VCCB:    SNSF: | VCCB:    SNSF: | VCCB:    SNSF: | |
| DEDR/Lab Fee | DEDR:    LAB: | DEDR:    LAB: | DEDR:    LAB: | |
| CD Fee/Drug Ed Fnd | CD:    DAEF: | CD:    DAEF: | CD:    DAEF: | |
| DV Surch/Other Fees | DV:    Other: | DV:    Other: | DV:    Other: | |
| Restitution Beneficiary: | | | | |

Miscellaneous Information, Adjournments, Companion Complaints, Co-Defendants, Case Notes:

* Finding Codes
1 – Guilty
2 – Not Guilty
3 – Dismissed – Other
4 – Guilty but Merged
5 – Dismissed-Rule
6 – Dismissed Lack of Prosecution
7 – Dismissed – Pros Motion/Vic Req
8 – Conditional Discharge
D – Dismissed-Prosecutor Discretion
M – Dismissed- Mediation
P – Dismissed-Plea Agreement
S – Disposed at Superior
W – Dismissed-False ID

Related Traffic Tickets and Complaints:

JUDGE'S SIGNATURE _____   DATE _____   PL 856

COMPLAINT – WARRANT (Court Action)

Page 2 of 7   NJ/CDR2 1/1/2017

# COMMITMENT

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| 1809 | W | 2017 | 000115 |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

**THE STATE OF NEW JERSEY**
*VS.*
DOUGLASS E THOMPSON

GREENBROOK TWP MUNICIPAL COURT
111 GREENBROOK RD
GREEN BROOK                    NJ  08812-0000
732-968-1110       COUNTY OF: SOMERSET

ADDRESS: ████████████████████
████████                    NJ  07205-1801

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 5 | | 17079154 |

COMPLAINANT     A        PEPE
NAME:          111 GREENBROOK RD
        GREENBROOK        NJ  08812

**DEFENDANT INFORMATION**
SEX: N  EYE COLOR: BROWN      DOB: 12/04/1979     DL STATE: NJ
DRIVER'S LIC. #.
SOCIAL SECURITY #.                SBI #:
TELEPHONE #:            ( )
LIVESCAN PCN #:

To any Law Enforcement Official of New Jersey, You are commanded to transport this defendant to the Warden of this county who is required to keep the defendant in custody until a release or detention decision is made.

| | Offense | Aux Offense | Drug Code | Degree | Offense Description |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |

Commitment Reason:

You will be notified of your Central First Appearance/CJP date to be held at the Superior Court     In the county of SOMERSET
at the following address: SOMERSET SUPERIOR COURT
20 NORTH BRIDGE STREETS            SOMERVILLE            NJ 08876-1262
                        Phone: 908-231-7000

Date of Arrest:

_____        _____
Signature and Title of Judicial Officer Issuing Warrant        Date

## COMMITMENT

## Affidavit of Probable Cause

| COMPLAINT NUMBER | | | |
|---|---|---|---|
| **1809** | **W** | **2017** | **000115** |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. |

GREENBROOK TWP MUNICIPAL COURT
111 GREENBROOK RD
GREEN BROOK          NJ  08812-0000
732-968-1110  COUNTY OF: SOMERSET

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 5 | | 17079154 |

COMPLAINANT  A          PEPE
NAME:      111 GREENBROOK RD
           GREENBROOK          NJ  08812

### THE STATE OF NEW JERSEY
### VS.
DOUGLASS E THOMPSON

ADDRESS:
[redacted]
[redacted]          NJ 07205-1801

DEFENDANT INFORMATION
SEX: M  EYE COLOR: BROWN     DOB: [redacted]     DL STATE: NJ
DRIVER'S LIC. #:
SOCIAL SECURITY #:          SBI #:
TELEPHONE #:          ( )
LIVESCAN PCN #:

Purpose: This Affidavit/Certification is to more fully describe the facts of the alleged offense so that a judge or authorized judicial officer may determine probable cause.

1. Description of relevant facts and circumstances which support probable cause that (1) the offense(s) was committed <u>and</u> (2) the defendant is the one who committed it:

On 04/08/2017 at approximately 1930 hours, patrol responded to Bonefish Grill in reference to a stolen purse. Shortly after the incident, the victim received alerts of fraudulent activity on her USAA and TD Bank debit cards. Both cards were fraudulently used in Watchung at Target and Walmart by the defendant which was learned through surveillance video.

Affidavit of Probable Cause

Page 5 of 7                                          1/1/2017

## Affidavit of Probable Cause

| COMPLAINT NUMBER | | | | THE STATE OF NEW JERSEY |
|---|---|---|---|---|
| 1809 | W | 2017 | 000115 | VS. |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | DOUGLASS E THOMPSON |

2. I am aware of the facts above because: (Included, but not limited to: your observations, statements of eyewitnesses, defendant's admission, etc.)

3. If victim was injured, provide the extent of the injury:

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Signed: A PEPE LAW ENFORCEMENT OFFICER          Date: _____ 09/21/2017 _____

| | |
|---|---|
| | Affidavit of Probable Cause |
| | Page 6  of 7          1/1/2017 |

PL 859

# Preliminary Law Enforcement Incident Report

| COMPLAINT NUMBER | | | | |
|---|---|---|---|---|
| 1809 | W | 2017 | 000115 | |
| COURT CODE | PREFIX | YEAR | SEQUENCE NO. | |

**THE STATE OF NEW JERSEY**
*VS.*
DOUGLASS E THOMPSON

GREENBROOK TWP MUNICIPAL COURT
111 GREENBROOK RD
GREEN BROOK          NJ 08812-0000
732-968-1110  COUNTY OF: SOMERSET

ADDRESS: ▮▮▮▮▮▮
          ▮▮▮▮▮▮                    NJ 07205-1801

| # of CHARGES | CO-DEFTS | POLICE CASE #: |
|---|---|---|
| 5 | | 17079154 |

COMPLAINANT
NAME:   A   PEPE
        111 GREENBROOK RD
        GREENBROOK     NJ  08812

DEFENDANT INFORMATION
SEX: M  EYE COLOR:  BROWN      DOB: ▮▮▮▮▮▮
DRIVER'S LIC. #                              DL STATE:  NJ
SOCIAL SECURITY #:                SBI #:
TELEPHONE #:                  (   )
LIVESCAN PCN #:

Purpose: The Preliminary Law Enforcement Incident Report (PLEIR) is designed to be appended to, and is expressly incorporated by reference in, the Affidavit of Probable Cause. It is intended to document basic information known to the officer at the time of its preparation. It is recognized that additional relevant information will emerge as an investigation continues. The PLEIR shall be in addition to, not in lieu of, any regular police arrest, incident, or investigation reports. Note that the PLEIR is specific to each defendant charged in an investigation.

- The offense/incident was recorded using electronic/surveillance via surveillance camera.

- The defendant was a stranger to the victim.

- Identification procedures were used by utilizing Photo Array.

- The case involved theft and/or stolen property. The property which was stolen and/or possessed is purse/credit/debit cards.

- A member of the public provided information to a 9-1-1 call center or dispatcher (or similar).

Certification:
I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

          A PEPE LAW ENFORCEMENT OFFICER          Date: 09/21/2017
Signed: _____

Preliminary Law Enforcement Incident Report

PL 860     Page 7 of 7                                1/1/2017

# EXHIBIT F

STATE OF NEW JERSEY
SOMERSET COUNTY GRAND JURY
INDICTMENT NO. 17-12-00689-I

| | | |
|---|---|---|
| STATE OF NEW JERSEY | ) | TRANSCRIPT |
| | ) | OF |
| v. | ) | TESTIMONY OF |
| | ) | |
| GEORGIA Y. THOMPSON and | ) | OFFICER ANTHONY PEPE |
| DOUGLAS E. THOMPSON, | ) | |
| | ) | |
| Defendants. | ) | |

Place:  Grand Jury Room
40 North Bridge Street
4th Floor
Somerville, NJ 08876

Date:  December 13, 2017

BEFORE:

  THE SOMERSET COUNTY GRAND JURY

TRANSCRIPT ORDERED BY:

  STEPHEN S. BEROWITZ, ESQ. (Law Office of Stephen S. Berowitz)

PRESENTED BY:

  FRANK KOLODZIESKI, Assistant Somerset County Prosecutor
  Appearing for the State of New Jersey

Transcriber, Kelli R. Philburn
J&J COURT TRANSCRIBERS, INC.
268 Evergreen Avenue
Hamilton, NJ 08619
          (609)586-2311
FAX NO.  (609)587-3599
E-mail:  jjcourt@jjcourt.com

Audio Recorded
Audio Operator, R.R.

GreenBrook-104

2

I N D E X

PAGE

WITNESS

OFFICER ANTHONY PEPE

Examination by Mr. Kolodzieski                    10

Colloquy                                    3

1          MR. KOLODZIESKI: Assistant Prosecutor Frank

2  Kolodzieski on behalf of the State with regard to State

3  versus Douglass E. Thompson and Georgia Y. Thompson.

4  Last name is spelled T-h-o-m-p-s-o-n. Douglass,

5  D-o-g-l-a-s-s (sic), middle initial E., Thompson and

6  Georgia, like the State, middle initial Y., Thompson.

7          The defendants are each charged with third

8  degree defrauding the authorized user of a payment card

9  in two counts in violation of N.J.S. 2C:21-6.1b(1) and

10 two counts of theft of identity in violation of N.J.S.

11 2C:21-17a(4) and third degree theft by deception in

12 violation of 2C:20-4a.

13         The charges allege that the defendants on or

14 about April 8th, 2017, in the Borough of Watchung, with

15 the intent to defraud an authorized user of a payment

16 card, purposely did use a scanning device at Target to

17 access or obtain temporarily or permanently information

18 encoded on a magnetic strip or strip of a payment card,

19 to wit, a USAA debit card, without the permission of

20 Jane Doe, date of birth December 27th, 1988, the

21 authorized user of the payment card, contrary to the

22 provisions of N.J.S. 2C:21-6.1b(1).

23         It's alleged that the defendants on April

24 8th, 2017, in the Borough of Watchung, with the intent

25 to defraud an authorized user of a payment card,

Colloquy                                4

1   purposely did use a scanning device at Walmart to

2   access or obtain temporarily or permanently information

3   encoded on a magnetic strip or strip of a payment card,

4   to wit, a TD Bank debit card, without the permission of

5   Jane Doe, date of birth December 27th, 1988, the

6   authorized user of the payment card, contrary to the

7   provisions of N.J.S. 2C:21-6.1b(1).

8        It's alleged that the defendants on or about

9   April 8th, 2017, in the Borough of Watchung, did obtain

10   the personal identifying -- the personal identification

11   information pertaining to another person, specifically

12   Jane Doe, DOB ███████████  and did use that information

13   in order to assume the identity of or represent

14   themselves as such other person without that person's

15   authorization and with the purpose to fraudulently

16   obtain or attempt to obtain a pecuniary benefit in

17   excess of $500 or service or avoid the payment of a

18   debt or other legal obligation or avoid prosecution for

19   a crime by using the name of such other person,

20   specifically by using the information on Jane Doe's

21   stolen USAA debit card to make purchases at Target,

22   contrary to the provisions of N.J.S. 2C:21-17a(4).

23        It's alleged that the defendants on or about

24   April 8th, 2017, in the Borough of Watchung, did obtain

25   the personal identification information pertaining to

Colloquy                                    5

1   another person, specifically Jane Doe, ████████ DOB,

2   and did use that information in order to assume the

3   identity of or represent themselves as such other

4   person without that person's authorization and with the

5   purpose to fraudulently obtain or attempt to obtain a

6   pecuniary benefit in excess of $500 or service or avoid

7   the payment of a debt or other legal obligation or

8   avoid prosecution for a crime by using the name of such

9   other person, specifically by using the information on

10  Jane Doe's stolen TD Bank debit card to make purchases

11  at Walmart, contrary to the provisions of N.J.S.

12  2C:21-17a(4).

13          Finally, the defendants are charged with

14  third degree theft by deception.  It's alleged that on

15  or about April 8th, 2017, in the Borough of Watchung,

16  that the defendants purposely did commit theft of

17  approximately $3,283.42 by obtaining money of Target,

18  Walmart and Jane Doe, date of birth ████████ by

19  deception by creating or reinforcing a false impression

20  that the defendants were permitted to use Jane Doe's

21  debit cards at Target and Walmart when, in fact, they

22  had stolen said debit cards and did not have Jane Doe's

23  permission to use either of the aforesaid debit cards,

24  contrary to the provisions of N.J.S. 2C:20-4a.

25          Under N.J.S. 2C:21-6.1b(1), it shall be a

Colloquy                    6

1    crime of the third degree for a person, with the intent

2    to defraud an authorized user of a payment card, the

3    issuer of the authorized user's payment card or a

4    merchant, to use a scanning device to access, read,

5    obtain, memorize or store, temporarily or permanently,

6    information encoded on the magnetic strip or stripe of

7    a payment card, without the permission of the

8    authorized user of the payment card.

9            So, that's a third degree offense.  And it's

10   alleged in this case that the defendants committed that

11   offense at Target and Walmart.  And it's alleged that

12   at the Target store, the victim's USAA debit card was

13   used and at the -- and it's alleged in the second count

14   that the victim's TD Bank debit card was used at the

15   Walmart.

16           It's also alleged, ladies and gentlemen, that

17   the defendants committed the offense of theft of

18   identity in violation of N.J.S. 2C:21-17a(4).  And

19   under that statute it says that a person is guilty of a

20   crime if the person engages in the following conduct.

21   Obtains any personal identifying information pertaining

22   to another person and uses that information, or assists

23   another person in using the information, in order to

24   assume the identity of, or represent himself as another

25   person, without that person's authorization and with

Colloquy                    7

1  the purpose to fraudulently obtain or attempt to obtain
2  a benefit or services, or avoid the payment of a debt
3  or other legal obligation or avoid prosecution for a
4  crime by using the name of that other person -- of the
5  other person.
6          Under N.J.S. 2C:21-17c(2), if the actor
7  obtains a benefit or deprives another of a benefit in
8  an amount of at least $500, but less than $75,000, or
9  the offense involves the identity of at least two, but
10 less than five victims, the actor shall be guilty of a
11 crime of the third degree.  Benefit means, but is not
12 limited to, any property, any pecuniary amount, any
13 services, any pecuniary amount sought to be avoided or
14 any injury or harm perpetrated on another where there
15 is no pecuniary value.  And that is set forth in the
16 last paragraph of 2C:21-17a.
17         Finally, the defendants are charged with
18 third degree theft by deception and that statute is set
19 forth, that offense is set forth in Statute 2C:20-4a as
20 charged in this case.  The defendants are charged with
21 a violation of 2C:20-4a which says that a person is
22 guilty of a theft if he purposely obtains property of
23 another by deception.  A person deceives if he
24 purposely creates or reinforces a false impression,
25 including false impressions as to law, value, intention

Colloquy                              8

1  or other state of mind, and including, but not limited
2  to, a false impression that the person is soliciting or
3  collecting funds for a charitable purpose; but
4  deception as to a person's intention to perform a
5  promise shall not be inferred from the fact alone that
6  he did not subsequently perform the promise.

7          This offense of theft by deception, ladies
8  and gentlemen, in this case is charged as a third
9  degree offense because it is alleged that the amount
10  in -- obtained by deception, it exceeded $500, but is
11  less than $75,000.  And under New Jersey Statutes, the
12  amount involved in a theft shall be determined by the
13  trier of fact.  The amount shall include, but shall not
14  be limited to the amount of any state tax avoided,
15  evaded or otherwise unpaid, improperly retained or
16  disposed of.  Amounts involved in thefts or computer
17  criminal activities committed pursuant to one scheme or
18  course of conduct, whether from the same person or
19  several persons, may be aggregated in determining the
20  grade of the offense.

21          In this particular case, you heard me make
22  reference to Jane Doe, date of birth December 27th,
23  1988.  You'll come to know in these proceedings that
24  Jane Doe, Jane Doe's identity is Tracy Ann Lee, L --
25  double e, date of birth ████████, from Staten Island,

Colloquy                                9

1    New York.  You'll also hear that the officer that --

2    one of the officers involved in this investigation was

3    Officer Anthony Pepe, P-e-p-e, from the Green Brook

4    Township Police Department.

5           I think you'll hear testimony in this case

6    that the Jane Doe was eating dinner at the Bonefish

7    Grill in Green Brook and her purse was taken from her

8    in which the debit cards were located and that the

9    defendants went to these stores, Target and Walmart, in

10   the Watchung Square Mall and allegedly used the debit

11   cards of the victim there and obtained property in

12   excess of $500, but less than $75,000.

13          Whatever I say about the evidence in this

14   case is not evidence, as you know from previous

15   instructions, but I just wanted you to be aware of that

16   information that I do believe you're going to hear from

17   the witness because he is a Green Brook Police Officer

18   and there are no charges alleged in the complaints out

19   of Green Brook.  They're out of Watchung.  But there is

20   a nexus, there is a connection to Green Brook as I've

21   just set forth as a guidepost for you in following the

22   testimony.

23          Are there any -- is there any familiarity

24   with the name of the victim that I just related to you,

25   the officer that I just related to you?

Colloquy/Pepe - Kolodzieski        10

1           (No audible response)

2           MR. KOLODZIESKI:  People at the Bonefish

3    Grill, workers there, anybody that might have any

4    familiarity to you in Green Brook?

5           (No audible response)

6           MR. KOLODZIESKI:  Not hearing any responses

7    to the effect of yes that I -- that there is a

8    familiarity.  I take it that the answer is no.  And on

9    that I'm -- and I'm prepared to proceed with the

10   testimony from Officer Pepe.  And I just wanted to,

11   again, emphasize that whatever I said about the facts

12   of the case in my preliminary instructions is not

13   evidence and that solely comes from the witness.  Okay.

14   Officer Pepe.

15           (Witness enters)

16           THE FOREPERSON:  Please raise your right

17   hand, place your left hand on the Bible.

18   OFFICER  A N T H O N Y   P E P E, WITNESS, SWORN

19           THE FOREPERSON:  Please state your full name

20   and spell your last name.

21           THE WITNESS:  Anthony Pepe, P-e-p-e.

22           THE FOREPERSON:  Thank you.

23   EXAMINATION BY MR. KOLODZIESKI:

24      Q    Are you employed by the Green Brook Township

25   Police Department?

Pepe - Kolodzieski          11

1  A     Correct.

2         Q     Did you become involved in an investigation

3  that arose on April the 8th -- on April 8th, 2017 at

4  the Bonefish Grill located at 215 U.S. Highway 22 in

5  Green Brook Township?

6  A     Correct.

7         Q     You were not one of the initial responding

8  officers, is that correct?

9  A     Correct.

10        Q     You picked up on the case subsequent to April

11  8th, correct?

12  A     Correct.

13        Q     But you've spoken with other officers and

14  read their reports and spoken with them and did

15  followup investigation, so you're able to tell us about

16  what the investigation resulted in, correct?

17  A     Correct.

18        Q     You were made aware that on April 8th, 2017,

19  at approximately 7:29 p.m., the Green Brook Township

20  Police Department were -- was notified about an

21  incident of a reported theft that occurred at the

22  Bonefish Grill, correct?

23  A     Correct.

24        Q     Police officers arrived there and met with

25  Tracy Ann Lee who stated that she was sitting at a

Pepe - Kolodzieski                    12

1  table inside of the establishment when she felt an

2  unknown individual bump into her, correct?

3  A      Correct.

4      Q    And she didn't think much of it at the time

5  it occurred, correct?

6  A      Correct.

7      Q    Later when receiving the bill for her dinner,

8  she grabbed for her purse which was laying on an empty

9  chair next to her to retrieve her wallet, correct?

10  A      Correct.

11      Q    She observed that her wallet was not inside

12  of her purse, but she knew that previously she had her

13  wallet with her, correct?

14  A      Correct.

15      Q    She looked around the restaurant and found

16  her wallet laying on the floor under the chair where

17  the purse was located?

18  A      Correct.

19      Q    When she located the purse, she observed

20  there were multiple credit cards missing from her

21  wallet?

22  A      Correct.

23      Q    The stolen cards consisted of two Chase

24  credit cards, a Target credit card, Macy's credit card,

25  Walmart credit card, a TD Bank debit card, and a USAA

Pepe - Kolodzieski                13

1  debit card, correct?

2  A    That is correct.

3       Q    Shortly after she discovered the missing

4  cards, Ms. Lee received an alert from Chase Bank in

5  regard to possible fraudulent activity on her credit

6  cards, correct?

7  A    That is correct.

8       Q    She contacted Chase and they advised her that

9  someone attempted to make a purchase at the Target

10 store in Watchung and at the Walmart store in Watchung,

11 correct?

12 A    Correct.

13      Q    She, upon contacting Chase, they advised Ms.

14 Lee that a purchase was attempted at 7:36 p.m. at the

15 Target store, but the transaction was declined?

16 A    Correct.

17      Q    Ms. Lee contacted all of her credit card

18 companies in an attempt to cancel the cards before any

19 further transactions were made?

20 A    Correct.

21      Q    Ms. Lee was advised that one purchase in an

22 amount of approximately $505 had been made at the

23 Walmart at approximately 7:15 p.m.?

24 A    Correct.

25      Q    The purchase was made using her Walmart

Pepe - Kolodzieski                 14

1  credit card?

2  A    Do you mind if I take a look?

3      Q    I don't.

4  A    Because I think there was one that was made at

5  Target, as well.  I have the receipt here.  All right.

6  So the one was for $406 and that was the debit card

7  which I think it was the TD Bank debit card.  Then --

8  you want to see these?

9      Q    No.  I'm ready to ask you questions.

10 A    Okay.

11     Q    My question was that was Ms. Lee, correct me

12 if I'm wrong, was advised that one purchase in the

13 amount of approximately $505 was made at the Walmart at

14 approximately 7:15 p.m. using her Walmart credit card?

15 That was the information that was related, correct me

16 if I'm wrong, to another police officer on the date of

17 the offense, April 8th, 2017?

18 A    That is correct.

19     Q    Officer Seidel checked video footage inside

20 of the establishment which had footage of three

21 possible actors, a male and two females, is that

22 correct, sir?

23 A    Correct.

24     Q    An employee was able to obtain two New Jersey

25 Registrations of the vehicles they believed the actors

Pepe - Kolodzieski                    15

1  left in, the first registration being New Jersey

2  Registration WLZ70S, silver Nissan, and the second is a

3  New Jersey Registration A31ELV, a black Honda?

4  A    Correct.

5      Q    Ms. Lee was advised to contact police

6  headquarters if she discovered any additional charges

7  on her credit cards and to cancel all of her cards

8  which had been stolen, is that correct?

9  A    Correct.

10     Q    And she was unable to provide the credit card

11 numbers at that time, April 8th, 2017?

12 A    Correct.

13     Q    And on April 13th, 2017, you began a followup

14 investigation regarding this case and you proceeded to

15 do so, correct?

16 A    Correct.

17     Q    And you found that Ms. Lee's USAA credit

18 card, actually debit card, correct?

19 A    Correct.

20     Q    USAA debit card, last four digits 0474, was

21 used at the Target store in Watchung Borough in the

22 amount of $2,600, correct?

23 A    Correct.

24     Q    And that her TD Bank debit card, last four

25 digits 4561, was used in the amount of $505.31 at the

Pepe - Kolodzieski                        16

1  Walmart store, correct?

2  A     Correct.

3        Q     Also in Watchung Square Mall?

4  A     Correct.

5        Q     You went to the Bonefish Grill, you reviewed

6  the restaurant's video and you saw three suspects enter

7  the restaurant and leave approximately 15 minutes after

8  entering?

9  A     Correct.

10       Q     An employee obtained a New Jersey

11 Registration which you previously testified to here

12 which was a New Jersey Registration of A31ELV being a

13 2016 black Honda Accord registered to a Georgia Y.

14 Thompson with a date of birth April 6, 1980, correct?

15 A     Correct.

16       Q     You did a DMV lookup, Division of Motor

17 Vehicles lookup, on Georgia Thompson's New Jersey

18 driver's license and you obtained a photograph of --

19 and through the DMV -- strike that.  A DMV lookup of

20 Georgia Thompson's New Jersey driver's license matches

21 the suspect in the Bonefish Grill video?

22 A     Correct.

23       Q     You also obtained through the Division of

24 Motor Vehicles a photo of the male suspect who is

25 identified as Douglass E. Thompson with a date of birth

Pepe - Kolodzieski                    17

1  of ████████████████ correct?

2  A    Correct.

3       Q    He was also a positive match with the suspect

4  in the video, correct?

5  A    That is correct.

6       Q    And the third unknown female suspect dressed

7  wearing blue scrubs is also seen with the two Thompsons

8  in the surveillance video, correct?

9  A    Correct.

10      Q    But you were never able to ascertain the

11 identity of the person wearing the scrubs?

12 A    Correct.

13      Q    You go to Target store in Watchung Square

14 Mall where Ms. Lee's USAA credit card was utilized?

15 A    Correct.

16      Q    And the loss prevention at Target provided

17 you with the surveillance video which shows both

18 Douglass and Georgia Thompson enter the store, along

19 with the person in the scrubs, correct?

20 A    Correct.

21      Q    Making a purchase utilizing the USAA stolen

22 credit -- stolen debit card of Ms. Lee, is that

23 correct?

24 A    That is correct.

25      Q    In the video, it shows Douglass and the

Pepe - Kolodzieski                    18

1  unknown female suspect go into the electronic area and

2  make a purchase?

3  A    Correct.

4       Q    It also shows Georgia and the unknown female

5  make a purchase?

6  A    Correct.

7       Q    The unknown female and Georgia make the

8  purchase at the front register?

9  A    Correct.

10      Q    Another attempted purchase at the front

11 register is observed by Georgia, however, it appears

12 the card is declined and she leaves the store?

13 A    Correct.

14      Q    These purchase -- the purchase with the USAA

15 debit card was made by using a scanning device,

16 correct?

17 A    Correct.

18      Q    They swiped the card?

19 A    That is correct.

20      Q    Did you go to the Walmart store?

21 A    Correct.

22      Q    Did you -- you had previous information that

23 Ms. Lee's TD Bank debit card was used at the Walmart

24 store, correct?

25 A    Correct.

Pepe - Kolodzieski                    19

1        Q      Did you speak with loss prevention --

2   A    I did.

3        Q      -- about the matter there?

4   A    I did.

5        Q      Did loss prevention provide you with video

6   surveillance of the transaction using Ms. Lee's TD Bank

7   debit card?

8   A    Correct.

9        Q      Did you review the video and observe that

10  Georgia and the unknown female suspect enter the store

11  and make a purchase of gift cards at the front

12  register?

13  A    That is correct.

14       Q      They are then seen leaving together and

15  entering a black vehicle and leaving the parking lot,

16  correct?

17  A    Correct.

18       Q      Ms. Lee had cancelled as of the date of your

19  taking up the investigation which was April the 13th,

20  Ms. Lee had cancelled her cards by that time, correct?

21  A    Correct.

22       Q      You attempted to contact Georgia Thompson?

23  A    I did.

24       Q      Georgia Thompson answered her phone and spoke

25  with you, is that correct?

Pepe - Kolodzieski                    20

1    A    That is correct.

2         Q    Was she uncooperative?

3    A    Very.

4         Q    Did she state that she would not come in and

5    was out of the country?

6    A    Correct.

7         Q    Have you been able to apprehend either of

8    them?

9    A    Negative.

10        Q    Was the total amount of -- let me just get

11   this right.  You had testified about the amount

12   obtained at both stores, that being the Walmart and the

13   Target store.  There was a Target amount in the --

14   there was a debit card charge off the USAA debit card

15   at the Target store in the amount of $2,600?

16   A    Correct.

17        Q    And a $505.31 charge at the Walmart, is that

18   correct?

19   A    That is correct.

20             MR. KOLODZIESKI:  Okay.  Any other questions,

21   ladies and gentlemen?

22             GRAND JUROR:  Thank you.  So at the Walmart,

23   it was only Georgia Thompson that made a transaction?

24             THE WITNESS:  Well, in the video it shows

25   both individuals at the counter.

Pepe - Kolodzieski                    21

1        GRAND JUROR:  With the --

2        THE WITNESS:  So --

3        GRAND JUROR:  -- unidentified woman?

4        THE WITNESS:  Exactly.

5        GRAND JUROR:  But is there any video footage

6   of Douglass at the Walmart?

7        THE WITNESS:  Douglass at the Walmart, no.

8        GRAND JUROR:  And there was only one charge

9   at the Walmart, there was only one charge made?

10       THE WITNESS:  I'm going to have to look back

11  on my report.  I think there was the one charge and

12  then there was attempted another charge.  But I can

13  double check unless he knows.

14       Q    Is Douglass seen at the Walmart on the video?

15  A    I'm going to have to -- I would have to re-watch.

16  I mean, I haven't seen it since around April.

17       Q    You didn't note it in your report --

18  A    Yes, I don't think --

19       Q    -- that he was at the --

20  A    -- I don't believe so.

21       Q    You didn't note in your report that Douglass

22  was at the Walmart, is that right?

23  A    Okay.  Yeah, so then it's -- yeah, I don't believe

24  so.

25       Q    But let me ask you this.  Did you see

Pepe - Kolodzieski                    22

1  Douglass and Georgia at the Bonefish Grill on video?

2  A    Correct.

3      Q    Did you see Douglass and Georgia at the

4  Target?

5  A    Correct.

6          MR. KOLODZIESKI:  Okay.

7          THE WITNESS:  So --

8          GRAND JUROR:  What date did these --

9          THE WITNESS:  What date --

10         GRAND JUROR:  -- the Walmart and the Target,

11 was that the same night that those were stolen from --

12         THE WITNESS:  It was within a matter of maybe

13 a half hour from when it was taken from Bonefish.  They

14 just shot up 22, pealed off into Watchung and, you

15 know, stopped at the Blue Star Mall which Target and

16 Walmart are in the same area.  They're right across the

17 street.

18     Q    And the time between the Target and the

19 Walmart purchases is minutes --

20 A    Correct.

21     Q    -- is that fair to say?

22 A    Correct.

23         MR. KOLODZIESKI:  Okay.

24         GRAND JUROR:  They were all using the actual

25 credit cards that were stolen.  They didn't duplicate

Pepe - Kolodzieski                    23

1  them, right?  There was an indication there was a

2  scanner involved?

3            THE WITNESS:  No, they used the actual cards

4  that were taken.

5            GRAND JUROR:  Okay.

6            THE WITNESS:  And then we were able to use

7  the receipts to show that those were the cards

8  utilized.

9            GRAND JUROR:  And there was only two

10  transactions, one at Target, one at Walmart, or four?

11           THE WITNESS:  Two -- there was two

12  transactions, if I recall, and -- but there was other

13  attempts that were declined.

14           GRAND JUROR:  Okay.

15     Q    And just so we're clear about the

16  phraseology, there's a tendency to conflate credit card

17  with debit card.  Is it your investigation in this case

18  that the charges that you've testified to were made

19  with debit cards of Tracy Lee?

20  A    Correct.

21           GRAND JUROR:  I just want to verify on that

22  one.  The Walmart credit card that was taken from the

23  Bonefish was never used at Walmart?  It was the TD Bank

24  used at the Walmart?

25           THE WITNESS:  The TD Bank debit card, I

Pepe - Kolodzieski/Colloquy                    24

1  believe, is what was used at Walmart.

2       Q    The TD Bank debit card was used at the

3  Walmart and the USAA debit card was used at the Target?

4  A    Correct.

5            GRAND JUROR:  Officer, typically a debit card

6  requires a pin to be used to authorize the transaction.

7  How did that happen?

8            THE WITNESS:  I guess not necessary, I mean,

9  they were used.

10           GRAND JUROR:  You can use it as a credit

11 card.  It has a Visa logo --

12           THE WITNESS:  Yeah.

13           GRAND JUROR:  -- on it, too.

14           GRAND JUROR:  Yeah, if it's got the Visa

15 logo, you can use it as a credit card.

16           MR. KOLODZIESKI:  All right.  Any questions

17 for the witness?

18           GRAND JUROR:  During your testimony, you

19 mentioned an amount, a figure of 400 and something

20 dollars.  Was that --

21           THE WITNESS:  I think that was my mistake.

22 That was a decline charge.  The charges that stuck were

23 the ones that we discussed in the amounts before on the

24 debit cards.

25           GRAND JUROR:  And these two individuals

Colloquy                                    25

1   are -- their whereabouts are unknown at this point?

2        THE WITNESS:  Correct.  Unknown.

3        GRAND JUROR:  And at the Target, you said

4   there were charges at two different registers?

5        THE WITNESS:  Believe there was electronics

6   and then one at the front register.

7        GRAND JUROR:  Both with the same card?

8        THE WITNESS:  Correct, the USAA card, debit

9   card.

10        GRAND JUROR:  So there's more than two

11   transactions that actually went through?

12        THE WITNESS:  There was one transaction at

13   US -- at the Target and then there was one transaction

14   done at the Walmart with two different cards.

15        GRAND JUROR:  I'm sorry.  I thought you just

16   said there were two different transactions --

17        THE WITNESS:  Yeah.

18        GRAND JUROR:  -- at the Target?

19        THE WITNESS:  Correct.  There was one in -- I

20   don't know if that one stuck though.  I would have

21   to -- the one at the electronics, but there was one

22   total amount of I believe it was $2,600.  There was --

23        MR. KOLODZIESKI:  Any other questions, ladies

24   and gentlemen?

25        GRAND JUROR:  Yeah.  I don't think we've

Colloquy                         26

1  gotten clear as to transactions.

2          THE WITNESS:  They're trying to --

3          GRAND JUROR:  There are two transactions that

4  were done in person at the Target store.  And there was

5  an electronic transaction done where?

6          THE WITNESS:  There was no electronic

7  transfer.  It was -- there was transactions.  There was

8  a transaction done at Target and there was a

9  transaction done at Walmart.  What you're asking is if

10 there was two transactions done at Target, one in the

11 electronics department and one at the front counter, is

12 that what you're asking?

13         GRAND JUROR:  That's what I thought --

14         GRAND JUROR:  We're just trying to figure out

15 how many transactions in all  --

16         THE WITNESS:  Okay.

17         GRAND JUROR:  -- in this --

18         THE WITNESS:  That's what's -- there was two

19 transactions utilized at Target, correct, is that

20 what --

21         MR. KOLODZIESKI:  I'm not the witness.

22         THE WITNESS:  Okay.  Then I'll pull out my

23 report.

24         GRAND JUROR:  The testimony which we've heard

25 is that there's only two transactions, one at Target,

1   one at Walmart.

2          GRAND JUROR:  But there was --

3          THE WITNESS:  Correct.

4          GRAND JUROR:  -- one done in electronics that

5   was successful, the other one was declined at the front

6   of the store which was done by Georgia and the other

7   person.

8          THE WITNESS:  That's correct.

9          GRAND JUROR:  All right.

10         THE WITNESS:  But I'll -- are we good or --

11         GRAND JUROR:  That's what was testified.

12         GRAND JUROR:  That's fine.

13         GRAND JUROR:  If you want him to look it up,

14   it's fine --

15         MR. KOLODZIESKI:  Is there a question pending

16   without an answer?

17         GRAND JUROR:  No.

18         MR. KOLODZIESKI:  Okay.  I don't think that

19   there's anything you need to do further, Officer,

20   unless there's another question.  Just want to make

21   sure the questions are answered.  Are there any other

22   questions?

23              (No audible response)

24         MR. KOLODZIESKI:  All right.  Officer, you

25   may please have a seat outside.  Thank you.

Colloquy                    28

1       (Witness exits)

2           MR. KOLODZIESKI:  The only thing that I would

3   like to instruct you on given the testimony that I

4   heard was the charge on accomplice liability which is

5   evidence -- which is N.J.S. 2C:2-6.  A person is guilty

6   of an offense if it is committed by his own conduct or

7   by the conduct of another person for which he is

8   legally accountable, or both.  A person is legally

9   accountable for the conduct of another person when

10  acting with the kind of culpability that is sufficient

11  for the commission of the offense, he causes an

12  innocent or irresponsible person to engage in such

13  conduct; or he is made accountable for the conduct

14  by -- of such other person by the code or by the law

15  defining the offense; or he is an accomplice of such

16  other person in the commission of an offense; or he is

17  engaged in a conspiracy with such other person.

18          A person is an accomplice of another person

19  in the commission of an offense if with the purpose of

20  promoting or facilitating the commission of the

21  offense, he solicits such other person to commit it; or

22  aids or agrees or attempts to aid such other person in

23  planning or committing it and that is the instruction

24  of accomplice liability that I've just read to you

25  which means that the person who actually commits the

Colloquy                    29

1    offense is liable for the offense, but another person

2    who is acting as an accomplice can also be liable for

3    the commission of the offense even though they

4    physically did not commit it.

5              And under 2C:21-6.1, a payment card under

6    Subsection 2 means a credit card, a charge card, debit

7    card or any other card that is issued to an authorized

8    user and that allows the user to obtain, purchase or

9    receive goods, services, money or anything of value

10    from a merchant.  Scanning device means a scanner,

11    skimmer, reader or any other electronic device that is

12    used to access, read, scan, obtain, memorize or store

13    temporarily or permanently information encoded on the

14    magnetic strip or stripe of the payment card.  Okay.

15                        *  *  *  *  *

16

17

18

19

20

21

22

23

24

25

30

C E R T I F I C A T I O N

    I, KELLI R. PHILBURN, the assigned transcriber, do hereby certify the foregoing transcript of proceedings on CD, playback number from 10:16:56 to 10:53:27, is prepared in full compliance with the current Transcript Format for Judicial Proceedings and is a true and accurate non-compressed transcript of the proceedings as recorded, to the best of my ability.


/s/ Kelli R. Philburn

KELLI R. PHILBURN    AOC #587

J&J COURT TRANSCRIBERS, INC.    DATE: June 26, 2018

17000720

SUPERIOR COURT OF NEW JERSEY
SOMERSET COUNTY
LAW DIVISION-CRIMINAL

| | | |
|---|---|---|
| THE STATE OF NEW JERSEY | : | |
| v. | : | Indictment No. 17-12-00689-I |
| DOUGLASS E. THOMPSON and GEORGIA Y. THOMPSON, | : | |
| Defendants | : | |

COUNT ONE

(Third Degree Defrauding the Authorized User of a Payment Card)

The Grand Jurors of the State of New Jersey, for the County of Somerset, upon their oaths present that DOUGLASS E. THOMPSON and GEORGIA Y. THOMPSON, on or about the 8th day of April, 2017, in the Borough of Watchung, County of Somerset, and within the jurisdiction of this Court, with the intent to defraud an authorized user of a payment card, purposely did use a scanning device at Target to access or obtain, temporarily or permanently, information encoded on a magnetic strip or strip of a payment card, to wit, a USAA debit card, without the permission of Jane Doe (DOB: ████████, the authorized user of the payment card, contrary to the provisions of N.J.S.A. 2C:21-6.1b(1), and against the peace of this State, the Government and dignity of the same.

COUNT TWO

(Third Degree Defrauding the Authorized User of a Payment Card)

The Grand Jurors of the State of New Jersey, for the County of Somerset, upon their oaths present that DOUGLASS E. THOMPSON and GEORGIA Y. THOMPSON, on or about the 8th day of April, 2017, in the Borough of Watchung, County of Somerset, and within the jurisdiction of this Court, with the intent to defraud an authorized user of a payment card, purposely did use a scanning device at Walmart to access or obtain, temporarily or permanently, information encoded on a magnetic strip or strip of a payment card, to wit, a TD Bank debit card, without the permission of Jane Doe (DOB: ████████, the authorized user of the payment card, contrary to the provisions of N.J.S.A. 2C:21-6.1b(1), and against the peace of this State, the Government and dignity of the same.

PL 850

## COUNT THREE

### (Third Degree Theft of Identity)

The Grand Jurors of the State of New Jersey, for the County of Somerset, upon their oaths present that DOUGLASS E. THOMPSON and GEORGIA Y. THOMPSON, on or about the 8th day of April, 2017, in the Borough of Watchung, County of Somerset, and within the jurisdiction of this Court, did obtain the personal identifying information pertaining to another person, specifically, Jane Doe (DOB: █████████ , and did use that information in order to assume the identity of or represent themselves as such other person, without that person's authorization and with the purpose to fraudulently obtain or attempt to obtain a pecuniary benefit in excess of $500.00 or service, or avoid the payment of a debt or other legal obligation, or avoid prosecution for a crime by using the name of such other person, specifically, by using the information on Jane Doe's stolen USAA debit card to make purchases at Target, contrary to the provisions of N.J.S.A. 2C:21-17a(4), and against the peace of this State, the Government and dignity of the same.

## COUNT FOUR

### (Third Degree Theft of Identity)

The Grand Jurors of the State of New Jersey, for the County of Somerset, upon their oaths present that DOUGLASS E. THOMPSON and GEORGIA Y. THOMPSON, on or about the 8th day of April, 2017, in the Borough of Watchung, County of Somerset, and within the jurisdiction of this Court, did obtain the personal identifying information pertaining to another person, specifically, Jane Doe (DOB: █████████ , and did use that information in order to assume the identity of or represent themselves as such other person, without that person's authorization and with the purpose to fraudulently obtain or attempt to obtain a pecuniary benefit in excess of $500.00 or service, or avoid the payment of a debt or other legal obligation, or avoid prosecution for a crime by using the name of such other person, specifically, by using the information on Jane Doe's stolen TD Bank debit card to make purchases at Walmart, contrary to the provisions of N.J.S.A. 2C:21-17a(4), and against the peace of this State, the Government and dignity of the same.

## COUNT FIVE

### (Third Degree Theft by Deception)

The Grand Jurors of the State of New Jersey, for the County of Somerset, upon their oaths present that DOUGLASS E. THOMPSON and GEORGIA Y. THOMPSON, on or about the 8th day of April, 2017, in the Borough of Watchung, County of Somerset, and within the jurisdiction of this Court, purposely did commit theft by obtaining the property of Target, Walmart and Jane Doe (DOB: ████████ by deception, said property having an aggregate value of approximately $3,105.31, by creating or reinforcing a false impression that defendants were permitted to use Jane Doe's debit cards at Target and Walmart, when in fact they had stolen said debit cards and did not have Jane Doe's permission to use either of the aforesaid debit cards, contrary to the provisions of N.J.S.A. 2C:20-4a, and against the peace of this State, the Government and dignity of the same.

MICHAEL H. ROBERTSON
PROSECUTOR

Endorsed: As a True Bill

FPK/id
120117

PL 852

# EXHIBIT G

STATE OF NEW JERSEY

       Plaintiff,

       v.

DOUGLASS E. THOMPSON and
GEORGIA Y. THOMPSON,

       Defendants.

SUPERIOR COURT OF NEW JERSEY
LAW DIVISION SOMERSET COUNTY
CRIMINAL
IND. NO. 17-12-00689-I

ORDER DISMISSING INDICTMENT
NUMBER 17-12-00689-I

**FILED**

NOV - 2 2018

ANTHONY F. PICHECA, JR. J.S.C.
CHAMBERS

This matter having been opened to the Court by Frank P. Koledziski, II, Somerset

County Assistant Prosecutor appearing on behalf of the State of New Jersey, with Stephen D.

Brown, Esq., appearing on behalf of codefendant Douglass E. Thompson, and Stephen S.

Berowitz, Esq., appearing on behalf of codefendant Georgia Y. Thompson, and the Court

having reviewed all relevant papers on file, having received no objection to the form of this

Order, and for good cause shown,

It is on this _2nd_ day of November, 2018,

ORDERED that the State's Motion to Dismiss Indictment Number 17-12-00689-I, State

v. Douglass E. Thompson, be and the same is hereby dismissed, and it is

FURTHER ORDERED that Complaint Docket Number 1809-W-2017-000115, State v.

Douglass E. Thompson, be and the same is hereby dismissed, and it is

FURTHER ORDERED that the State's Motion to Dismiss Indictment Number 17-12-

00689-I, State v. Georgia Y. Thompson, be and the same is hereby dismissed, and it is

PL 893

FURTHER ORDERED that Complaint Docket Number 1809-W-2017-000116, State v. Georgia Y. Thompson, be and the same is hereby dismissed.

Honorable Anthony F. Picheca, Jr. J.S.C.

Page 2 of 2

PL 894