

## LANZA & LANZA LLP — ATTORNEYS AT LAW

John R. Lanza
Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

John E. Lanza
Also admitted in DC

Robyn D. Wright
Also admitted in NY & CA

Peter A. Buchsbaum, Of Counsel
(Retired N.J. Superior Court Judge)

5 MAIN STREET, P.O. BOX 2520
FLEMINGTON, NEW JERSEY 08822
PHONE 908 782-2600
FAX 908 782-4012

February 28, 2022

**Via ECF**

Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
United States Court House
402 East State Street
Trenton, New Jersey 08608

                    **Re: Thompson-El v. Green Brook, et al.**
                          **Case No.: 3:19-CV-14253-ZNQ-TJB**

Dear Judge Bongiovanni:

This firm represents the plaintiff in the above-referenced matter.

The last Case Management Order set forth a date for Defendants to file dispositive motions by January 28, 2022 with a return date of February 22, 2022. The deadline for Defendants' motions was extended to February 25, 2022 with a return date of March 21, 2022. Defendants have now filed summary judgment motions. Plaintiffs' opposition is due on March 7th.

I respectfully request an extension of the deadlines and return date as follows:

Plaintiff's opposition due: April 25th
Defendants' replies due: May 9th
Return date: May 16th

I have consulted with Defendants' counsel and they consent to the above schedule.

Thank you for your attention to this matter.

Respectfully submitted,

LANZA & LANZA LLP

By: _____
John R. Lanza, Esq.

JRL:jp
cc: All counsel, via ECF

No further extensions to be granted.
SO ORDERED:
s/ Zahid N. Quraishi, U.S.D.J.
Dated: 2/28/2022