Attorney ID #:024221986 ~ Our File No.:  911388 / RJG:es

**DIFRANCESCO, BATEMAN, KUNZMAN,
DAVIS, LEHRER & FLAUM, P.C.**
15 Mountain Boulevard
Warren, NJ 07059-5686
(908) 757-7800
Attorneys for Defendants, Green Brook Township and Police Officer Anthony Pepe

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGIA THOMPSON-EL,<br><br>     Plaintiff,<br><br>v.<br><br>GREEN BROOK TOWNSHIP, a municipal corporation of New Jersey, Police Officer ANTHONY PEPE, LAWRENCE TOWNSHIP, a municipal corporation of New Jersey, Police Officer JOSEPH RADLINSKY and John Does 1-99,<br><br>     Defendants. | Civil Action No.:  3:19-cv-14253-GC-TJB<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO FED. R. CIV. PROC. 56** |

TO:   John R. Lanza, Esq.
        Lanza & Lanza, LLC
        5 Main Street
        P.O. Box 2520
        Flemington, NJ 08822
        Attorneys for Plaintiff

        Jason S. Feinstein, Esq.
        Eckert, Seamans, Cherin & Mellott, LLC
        200 Lenox Drive, Suite 203
        Lawrenceville, NJ 08648
        Attorneys for Defendants, Township of Lawrence and Joseph Radlinsky

COUNSEL:

**PLEASE TAKE NOTICE** that on March 4, 2024, the undersigned, DiFrancesco, Bateman, Kunzman, Davis, Lehrer & Flaum, attorneys for Defendants, Green Brook Township and Police Officer Anthony Pepe (Richard J. Guss, Esq. appearing), shall move this Court before the Honorable Tonianne J. Bongiovanni, U.S.M.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building and U.S. Courthouse, Trenton, New Jersey, for an Order dismissing Plaintiff's Complaint with prejudice pursuant to Fed. R. Civ. Proc. 56.

**PLEASE TAKE FURTHER NOTICE** that the undersigned shall rely upon the Brief being filed simultaneously herewith.

It is respectfully requested that the Court rule upon the moving papers submitted, without requiring appearance of counsel, pursuant to Fed. R. Civ. P. 78. A proposed form of Order is attached.

                          DIFRANCESCO, BATEMAN, KUNZMAN,
                          DAVIS, LEHRER & FLAUM, P.C.
                          Attorneys for Defendants, Green Brook Township and
                          Police Officer Anthony Pepe

By: _____
                    Richard J. Guss, Esq.

Dated: February 8, 2024