Attorney ID #:024221986 ~ Our File No.:  911388 / RJG:es
**DIFRANCESCO, BATEMAN, KUNZMAN,**
**DAVIS, LEHRER & FLAUM, P.C.**
15 Mountain Boulevard
Warren, NJ 07059-5686
(908) 757-7800
Attorneys for Defendants, Green Brook Township and Police Officer Anthony Pepe

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGIA THOMPSON-EL,<br><br>     Plaintiff,<br><br>v.<br><br>GREEN BROOK TOWNSHIP, a municipal corporation of New Jersey, Police Officer ANTHONY PEPE, LAWRENCE TOWNSHIP, a municipal corporation of New Jersey, Police Officer JOSEPH RADLINSKY and John Does 1-99,<br><br>     Defendants. | Civil Action No.:  3:19-cv-14253<br><br>**CERTIFICATION OF COUNSEL** |

**RICHARD J. GUSS**, of full age, hereby certifies and says:

1.     I am an attorney at law of the State of New Jersey and a partner with the law firm of DiFrancesco, Bateman, Kunzman, Davis, Lehrer & Flaum, attorneys for Defendants, Green Brook Township and Police Officer Anthony Pepe.

2.     I have been entrusted with the care and handling of the within matter and am thoroughly familiar with same.

3.     I hereby make this Certification in support of Defendants, Green Brook Township and Police Officer Anthony Pepe's motion to dismiss for pursuant to Fed. R. Civ. Proc. 56.

4.     Attached hereto as Exhibit A is a true and exact copy of the CAD Incident Report of Green Brook Police Department.

5. Attached hereto as <u>Exhibit B</u> is a true and exact copy of the Incident Report of Green Brook Police Department.

6. Attached hereto as <u>Exhibit C</u> is a true and exact copy of the Investigative Reports of Officer Anthony Pepe.

7. Attached hereto as <u>Exhibit D</u> is a true and exact copy of the Somerset County Prosecutor's Office Screening Memo.

8. Attached hereto as <u>Exhibit E</u> is a true and exact copy of the Green Brook Municipal Court Complaint-Warrant, State v. Thompson.

9. Attached hereto as <u>Exhibit F</u> is a true and exact copy of the Grand Jury Transcript and Indictment.

10. Attached hereto as <u>Exhibit G</u> is a true and exact copy of the Order of the Honorable Anthony F. Picheca, Jr., J.S.C.

I hereby certify the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

*[signature]*

Richard J. Guss, Esq.

Dated: February 8, 2024