Attorney ID #:024221986 ~ Our File No.:  911388 / RJG:es
**DIFRANCESCO, BATEMAN, KUNZMAN,**
**DAVIS, LEHRER & FLAUM, P.C.**
15 Mountain Boulevard
Warren, NJ 07059-5686
(908) 757-7800
Attorneys for Defendants, Green Brook Township and Police Officer Anthony Pepe

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEORGIA THOMPSON-EL,<br><br>    Plaintiff,<br>v.<br><br>GREEN BROOK TOWNSHIP, a municipal corporation of New Jersey, Police Officer ANTHONY PEPE, LAWRENCE TOWNSHIP, a municipal corporation of New Jersey, Police Officer JOSEPH RADLINSKY and John Does 1-99,<br><br>    Defendants. | Civil Action No.:  3:19-cv-14253<br><br><br><br>**CERTIFICATION OF SERVICE** |

I, RICHARD J. GUSS, ESQ., hereby certify that on April 29, 2024, a true and correct copy of Defendants, Green Brook Township and Police Officer Anthony Pepe's Motion to Dismiss, together with the Brief and Certification of Counsel in Support thereof and Proposed Order, were served upon all counsel of record using the CM/ECF system.

　　　　　　　　　　　　　　　　DIFRANCESCO, BATEMAN, KUNZMAN,
　　　　　　　　　　　　　　　　DAVIS, LEHRER & FLAUM, P.C.
　　　　　　　　　　　　　　　　Attorneys for Defendants, Green Brook Township and
　　　　　　　　　　　　　　　　Police Officer Anthony Pepe


　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　Richard J. Guss, Esq.

Dated:  April 29, 2024