# LANZA & LANZA LLP

ATTORNEYS AT LAW

John R. Lanza

John E. Lanza
Also admitted in DC

Robyn D. Wright, Of Counsel
Also admitted in NY & CA

Peter A. Buchsbaum, Of Counsel
(Retired N.J. Superior Court Judge)

5 MAIN STREET, P.O. BOX 2520
FLEMINGTON, NEW JERSEY 08822
PHONE 908 782-2600
FAX 908 782-4012

August 11, 2025

**Via ECF**
The Honorable Tonianne J. Bongiovanni, U.S.M.J.
United States District Court
United States Court House
402 East State Street
Trenton, New Jersey   08608

    Re:   Thompson-El v. Green Brook, et al
           Case No.:  3:19-CV-14253-GC-TJB

Dear Judge Bongiovanni:

I am pleased to report that Ms. Thompson-El and the Green Brook Defendants have settled.

On behalf of Mr. Guss and myself, thank you, Your Honor, for your assistance, patience and guidance.

                          Respectfully Submitted,
                          LANZA & LANZA LLP

                          By: _____
                              John R. Lanza, Esq.

JRL/ljm
Cc:   Richard Guss, Esquire, Via Email