# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| Georgia Thompson-El,<br><br>                                    Plaintiff<br><br>v.<br><br>LAWRENCE TOWNSHIP, a municipal corporation of New Jersey, Police Officer JOSEPH RADLINSKY and John Does 1-99,<br><br>                                    Defendant/s. | Civil Action No. 3:19-cv-14253 GC-TJB |

## **NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Georgia Thompson-El, the appellant in the above-named case, hereby appeals to the United States Court of Appeals for the Third Circuit from the final judgment entered in this action on November 21, 2024, in the *Memorandum Opinion and Order of Hon. Georgette Castner, U.S.D.J., Granting Defendants' Motion for Summary Judgment* (ECF No. 86).

Respectfully submitted,

Georgia Thompson-El
72 Hampton Court
Hillsborough, NJ 08844
917-941-9578
georgiahthompson@yahoo.com

1