# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 25-2659

Georgia Thompson-El v. Green Brook Township, et al

(D. N.J. No.: 3:19-cv-14253)

**ORDER**

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: November 03, 2025
CJG/cc:    Richard J. Guss, Esq.
           Tyler Newman, Esq.
           Melissa E. Rhoads
           Georgia Thompson-El

A True Copy:

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate